AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

DENNIS E. SMITH, On Behalf of Himself
and All Others Similarly Situated,

V.

VASO ACTIVE PHARMACEUTICALS, INC.,
STEPHEN G. CARTER and JOHN J. MASIZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-10708 RCL

TO: (Name and address of defendant)

STEPHEN G. CARTER
10 Fossen Way
Andover, MA   01810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
(617) 369-7979

William S. Lerach
Darren J. Robbins
MILBERG WEISS BERSHAD HYNES & LERACH LLP
401 B Street, Suite 1700
San Diego, CA   92101
(619) 231-1058

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  4-8-04