UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS E. SMITH, On Behalf Of Himself and All Others Similarly Situated, <br><br>   Plaintiff, <br><br> v. <br><br> VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER, and JOHN J. MASIZ, <br>   Defendants. | CIVIL ACTION NO. 04-10708 (RCL) |
| CHRISTOPHER PEPIN, Individually and On Behalf Of All Others Similarly Situated, <br><br>   Plaintiff, <br><br> v. <br><br> VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER, and JOHN J. MASIZ, <br>   Defendants. | CIVIL ACTION NO. 04-10763 (RCL) |
| MODHI GUDE and ARJI GAUTHAMI, On Behalf Of Themselves and All Others Similarly Situated, <br><br>   Plaintiffs, <br><br> v. <br><br> VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER, and JOHN J. MASIZ, <br>   Defendants. | CIVIL ACTION NO. 04-10789 (RCL) |

- 2 -

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME OF THE DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT AND ACCEPTING SERVICE

The parties hereto, by and through their counsel, hereby agree as follows:

In exchange for Plaintiff(s) entering into this stipulation, the defendants agree to accept service of the Complaints in the above-entitled actions, the date of service to be deemed April 13, 2004.

The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 21 D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.).

Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

If the Defendants move to dismiss the consolidated amended complaint, plaintiffs shall have sixty (60) days from the receipt of Defendants' motion to file their opposition(s) thereto.

Following the receipt of plaintiffs' opposition, Defendants shall have thirty (30) days to file a reply brief in support of their motion(s) to dismiss.

Respectfully submitted,

| | |
|---|---|
| DENNIS E. SMITH,<br>On Behalf of Himself and All<br>Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC.<br>and JOHN J. MASIZ, |
| MODHI GUDE and ARJI GAUTHAMI,<br>On Behalf Of Themselves and All Others Similarly<br>Situated, | By their attorneys, |
| CHRISTOPHER PEPIN,<br>Individually and On Behalf All Others Similarly<br>Situated | /s/ Colleen Dunham Henschke<br>Jeffrey B. Rudman (BBO #433380)<br>Michael G. Bongiorno (BBO #558748)<br>Colleen Dunham Henschke (BBO #645009)<br>HALE AND DORR LLP<br>60 State Street,<br>Boston, Massachusetts 02109<br>(617) 526-6000 |
| By their attorneys, | |
| /s/ Nancy Freeman Gans<br>Nancy Freeman Gans (BBO#184540)<br>MOULTON & GANS, P.C.<br>33 Broad Street, Suite 100<br>Boston, MA 02109<br>(617) 369-7979 | Richard S. Kraut<br>DILWORTH PAXSON LLP<br>1818 N Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 452-0900 |
| *Co-counsel for Plaintiffs Dennis E. Smith,*<br>*Modhi Gude and Arji Gauthami:*<br>William S. Lerach<br>Darren J. Robbins<br>LERACH COUGHLIN STOIA<br>& ROBBINS LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>(619) 231-1058 | STEPHEN G. CARTER<br><br>By his attorney,<br><br>/s/ Kay B. Lee<br>John A. Stenn (BBO #629577)<br>Kay B. Lee (BBO #647224)<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA  02110<br>(617) 310-6083 |
| Azra Mehdi<br>LERACH COUGHLIN STOIA<br>& ROBBINS LLP<br>100 Pine Street<br>Suite 2600<br>San Francisco, CA  94111<br>(415) 288-4545 | |

- 4 -

*Co-counsel for Plaintiff Christopher Pepin:*
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

3059379_1

BOSTON 1905357v1