UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
DENNIS E. SMITH, On Behalf of Himself )
and All Others Similarly Situated, )
                Plaintiff          )
                                   )
v.                                 )   C.A. No. 04-10708-RCL
                                   )
VASO ACTIVE PHARMACEUTICALS,       )
INC., STEPHEN G. CARTER and JOHN   )
J. MASIZ, ET AL                    )
                Defendants         )
_____)
                                   )
CHRISTOPHER PEPIN, Individually and )
On Behalf of All Others Similarly Situated, )
                Plaintiff          )
                                   )
v.                                 )   C.A. No. 04-10763-RCL
                                   )
VASO ACTIVE PHARMACEUTICALS,       )
INC., STEPHEN G. CARTER and JOHN   )
J. MASIZ, ET AL                    )
                Defendants         )
_____)
                                   )
KOUROSH ALIPOR, Individually and   )
On Behalf of All Others Similarly Situated, )
                Plaintiff          )
                                   )
v.                                 )   C.A. No. 04-10877-RCL
                                   )
VASO ACTIVE PHARMACEUTICALS,       )
INC., STEPHEN G. CARTER and JOHN   )
J. MASIZ, ET AL                    )
                Defendants         )
_____)

|   |   |   |
|---|---|---|
| MODHI GUDE and ARJI GAUTHAMI, On Behalf of Themselves and All Others Similarly Situated, <br>                    Plaintiff <br><br> v. <br><br> VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL <br>                    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-10789-RCL |

## ORDER FOR CONSOLIDATION

It is hereby ordered that the above-captioned cases be and they hereby are consolidated for all purposes.  The consolidated cases shall be captioned *"In Re Vaso Active Pharmaceuticals Securities Litigation"* and they will bear docket no. 04-10708-RCL.  All of the individual cases, except case no. 04-10708-RCL, will be closed and terminated on the court's docket.  All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In Re Vaso Active Pharmaceuticals Securities Litigation*.

SO ORDERED.

                                                 /s/ REGINALD C. LINDSAY
                                                 United States District Judge

DATED:  May 11, 2004