UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
IN RE VASO ACTIVE PHARMACEUTICALS  )
SECURITIES LITIGATION                         )       1:04-cv-10708-RCL
                                                  )
_____)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and this Court's July 29, 2003 Case Management Order, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Bruce G. Murphy, Law Offices of Bruce G. Murphy, 265 Llwyds Lane, Vero Beach, Florida 32963, to appear on behalf of Plaintiff Dean Dummer and practice before this Court in the above-captioned consolidated action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Murphy is and has been a member in good standing of the bar of Commonwealth of Virginia and of the United States District Courts for the Eastern District of Virginia since 1962.

2. There are no disciplinary proceedings pending against Mr. Murphy as a member of the bar in any jurisdiction.

3. Mr. Murphy has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Murphy has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

     WHEREFORE, the undersigned counsel respectfully moves that Mr. Murphy be admitted to practice before this Court *pro hac vice*.

Dated:   May 14, 2004                     Respectfully submitted,

                                              **/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiff