## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Bruce G. Murphy, hereby certify that:

1     was admitted to the bar of the Commonwealth of Virginia in 1962 and the United States District Court for the Eastern District of Virginia in 1962.

2.     am a member in good standing in every jurisdiction where I have been admitted practice.

3.     No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.     My name, firm name, street address, telephone number, fax number and email address are as follows:

> Bruce G. Murphy
> Law Offices of Bruce G. Murphy
> 265 Llwyds Lane
> Vero Beach, FL 32963
> Ph: 772-231-4202
> Fax: 772-231-2950
> Email: bgm@brucemurphy.biz

*Bruce G. Murphy*
Bruce G. Murphy

Dated: May 11, 2004