UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) Case No. 1:04-CV-10708 (RCL) ) ) ) |

## NOTICE OF CHANGE IN FIRM NAME

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad Hynes & Lerach LLP has changed its name to Milberg Weiss Bershad & Schulman LLP.  The office address and telephone and facsimile numbers remain the same.

DATED:      May 19, 2004

Respectfully submitted:

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By:  /s/ Steven G. Schulman
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

**Attorneys for Plaintiff Christopher Pepin**

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on May 19, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans