# Motions

1:04-cv-10708-RCL In Re Vaso Active Pharmaceuticals Securities Litigation

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hess-Mahan, Theodore M. entered on 5/14/2004 at 1:53 PM EDT and filed on 5/14/2004

**Case Name:** In Re Vaso Active Pharmaceuticals Securities Litigation
**Case Number:** 1:04-cv-10708
**Filer:** Dean Dummer
**Document Number:** 8

**Docket Text:**
MOTION for Leave to Appear Pro Hac Vice by Bruce G. Murphy by Dean Dummer. (Attachments: # (1) Certification of Good Standing)(Hess-Mahan, Theodore)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/14/2004] [FileNumber=519602-0]
[8c52f8c749f70673dee3272b6f5ceab7bc547498d847dfdf60971b973ddb4b3a2792
eee01ffd41b267e7dccb684afd71f9c1f58c4525178c31286ae480ef4f42]]
**Document description:** Certification of Good Standing
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/14/2004] [FileNumber=519602-1]
[9484f9b69c7e6d3ed148ed8d479457c42c07f2c04d490f82bb438f9bbf1bbe5038b6
4015143fbdbfb9eaf414f988697cb1b89c7768e097420262cdde801e36c9]]

**1:04-cv-10708 Notice will be electronically mailed to:**

Nancy F. Gans    nfgans@aol.com

Theodore M. Hess-Mahan    ted@shulaw.com

Alan L. Kovacs    alankovacs@yahoo.com

**1:04-cv-10708 Notice will not be electronically mailed to:**

Sharon M. Lee

Milberg, Weill, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

William S. Lerach
Lerach Coughlin Stoia & Robbins LLP
401 B Street
Suite 1700
San Diego, CA 92101

Charles J. Piven
Law Offices of Charles J. Piven, P.A
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

Andrei V. Rado
Milberg, Weiss, Bershad, Specthrie & Lerach
One Pennsylvania Plaza
New York, NY 10119

Darren J. Robbins
Lerach Coughlin Stoia & Robbins LLP
401 B Street
Suite 1700
San Diego, CA 92101

Steven G. Schulman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

David Randell Scott
Scott & Scott LLC
108 Norwich Ave
P.O. Box 192
Colchester, CT 06415

Peter E. Seidman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Cori Sweat
Lerach Coughlin Stoia & Robbins LLP

401 B Street, Suite 1700
San Diego, CA 92101

# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ted@shulaw.com

May 14, 2004

**BY HAND**
Clerk
United States District Court
1 Courthouse Way
Boston, MA 02210

FILING FEE PAID:
RECEIPT # 55921
AMOUNT $ 50.00
BY DPTY CLK MdK
DATE 5/17/04

Re:   In re Vaso Active Pharmaceuticals Securities Litigation, 04-cv-10708 RCL

Dear Sir or Madam:

I enclose herewith for filing in the above action the following:

1.   Notice of Electronic filing of Motion to Admit Counsel Pro Hac Vice; and

2.   A check for $50.00 for the filing fee.

Thank you for your attention to this matter.

Sincerely,

Theodore M. Hess-Mahan

Enclosures

UNITED STATES DISTRICT COURT
BOSTON,            MA

Receipt No.     021 55921
Cashier         okeefe

Tender Type     Check
Check Number:   37671
Transaction Type   C
Case No./Def No.  1:90-cv-2

BU Code    Div No     Acct
4638         1        6855XX

Amount                $ 50.00

PRO HAC VICE WOLF, HALDENSTEIN ADLER FRE
EMAN & HERZ
270 MADISON AVE NY, NY  04-CV-10708 RCL