UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Vaso Active Pharmaceuticals Securities Litigation** | C.A. No. 04-10708-RCL |

**MOTION OF EDUARD SLININ (1) TO BE APPOINTED LEAD PLAINTIFF; AND (2) TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Eduard Slinin ("Movant") hereby moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) appointing him as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the publicly traded securities of Vaso Active Pharmaceuticals, Inc. ("Vaso Active") during the period from December 11, 2003 through and including March 31, 2004 (the "Class Period"), to recover damages caused by the Defendants' violations of the federal securities laws; and (ii) approving Movant's choice of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") to serve as Lead Counsel and the law firm of Shapiro Haber & Urmy LLP ("Shapiro Haber") to serve as Liaison Counsel.

Movant suffered a loss of approximately $31,331 by virtue of his purchases of the publicly traded securities of Vaso Active during the Class Period, as discussed in the accompanying Memorandum. Movant meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other class members' claims and Movant will fairly and adequately represent the interests of the class. Movant also seeks the Court's

approval of his selection of Cohen Milstein as Lead Counsel pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Theodore M. Hess-Mahan and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve Movant's selection of counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: June 7, 2004                               Respectfully submitted

**SHAPIRO HABER & URMY LLP**

By:    /s/ Theodore M. Hess-Mahan
Thomas G. Shapiro BBO#454680
Theodore M. Hess-Mahan BBO #557109
Matthew L. Tuccillo BBO# 643336
Exchange Place
53 State Street
Boston MA  02109
Tel:  (617) 439-3939

*Proposed Liaison Counsel*

and

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll
Daniel S. Sommers
Adam Savett
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600

*Attorneys for Eduard Slinin and Proposed Lead Counsel for the Class*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith attempt to narrow or resolve the issues raised in this motion. Defendants take no position on this motion at this time.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan