UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Vaso Active Pharmaceuticals Securities Litigation** | C.A. No. 04-10708-RCL |

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF MOTION OF EDUARD SLININ TO (1) BE APPOINTED LEAD PLAINTIFF; AND (2) APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

Pursuant to 28 U.S.C. § 1746, I Theodore M. Hess-Mahan, declare as follows:

1. I am a member in good standing of the Massachusetts bar and an associate at the law firm of Shapiro, Haber & Urmy, LLP. I submit this declaration in support of the motion filed by Eduard Slinin ("Movant") to: (1) appoint Movant as Lead Plaintiff; and (2) approve Movant's selection of counsel for the class.

2. Attached as exhibits are true and correct copies of the following:

   Exhibit A:   Notice dated April 8, 2004 of filing of a complaint against Vaso Active Pharmaceuticals, Inc., et al.;

   Exhibit B:   Certification and damages calculation of Eduard Slinin;

   Exhibit C:   Firm Biography of Cohen, Milstein, Hausfeld & Toll, P.L.LC.

   Exhibit D:   Firm Biography of Shapiro Haber & Urmy, LLP.

   I declare, under penalty of perjury, that the foregoing is true and correct.

   Executed on June 7, 2004

_____/s/ Theodore M. Hess-Mahan_____
Theodore M. Hess-Mahan