UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Civil Docket for Case No.: 1:04-CV-10708-RCL <br><br> Judge Reginald C. Lindsay |

MOTION OF MICHAEL BERTELETTI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Michael Berteletti ("Movant" or "Berteletti") hereby moves this Honorable Court to issue an order pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3) and Rule 42 of the Federal Rules of Civil Procedure appointing Movant as Lead Plaintiff in the action and approving Movant's selection of Goodkind Labaton Rudoff & Sucharow LLP as Lead Counsel for the class.

The grounds for this motion are stated in the Memorandum of Law in Support of this Motion and the Declaration of Christopher Keller and accompanying exhibits submitted herewith.

Dated:  June 7, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/Theodore M. Hess-Mahan
Theodore Hess-Mahan (BBO#557109)
Exchange Place
53 State Street, 37th Floor
Boston, MA 02109
Tel:  (617) 439-3939
Fax:  (617) 439-0134

**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
Jonathan M. Plasse
Christopher J. Keller
100 Park Avenue
New York, New York  10017
Tel:  (212) 907-0700
Fax:  (212) 818-0477

*Attorneys for Movant And Proposed Lead Counsel for the Class*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith attempt to narrow or resolve the issues raised in this motion.  Defendants take no position on this motion at this time.

s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan

600920 v1
[6/3/2004 15:18]