UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) | Master Docket No. 04-10708-RCL <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) | NOTICE OF MOTION AND MOTION TO APPOINT THE CHAE GROUP AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

PLEASE TAKE NOTICE that Ki & Young Chae, Norman Brodeur and Joseph Salmassi (the "Chae Group"), who purchased Vaso Active Pharmaceuticals, Inc. ("Vaso Active" or the "Company") securities between December 11, 2003 and March 31, 2004 ("Class Period"), hereby move this Court for an Order granting the Chae Group's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934. This Motion is based upon this notice of motion, the accompanying memorandum of points and authorities in support thereof, the Affidavit of John E. DeWick, the pleadings and other files and records in each of these actions, and such other written or oral argument as may be permitted by the Court.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Movant hereby requests oral argument on this motion.

DATED: June 7, 2004

Respectfully submitted,

MELICK, PORTER & SHEA, LLP
RICHARD J. SHEA, BBO #456310
JOHN E. DeWICK, BBO #654723


/s/ John E. DeWick
JOHN E. DeWICK

28 State Street
Boston, MA  02109
Telephone:  617/523-6200
617/523-8130 (fax)

[Proposed] Liaison Counsel

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 6/7/04

/s/ John E. DeWick

LERACH COUGHLIN STOIA
  & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
RAMZI ABADOU
401 B Street, Suite 1700
San Diego, CA  921012
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA
  & ROBBINS LLP
AZRA Z. MEHDI
RACHEL L. JENSEN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Lead Counsel for Plaintiffs

GELLER RUDMAN, PLLC
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiffs

S:\CasesSD\Vaso\NOT00010298-LP.doc