UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master Docket No. 04-10708-RCL<br><br>CLASS ACTION<br><br>LOCAL CIVIL RULE 7.1(a)(2) CERTIFICATE |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

Civil Local Rule 7.1(a)(2) requires counsel to certify that they have conferred and attempted in good faith to resolve or narrow the issue before the Court. While proposed lead counsel for the Chae Group, Ramzi Abadou, Esq., conferred with counsel for defendants, Colleen Henschke of Wilmer, Cutler, Pickering, Hale and Dorr, LLP (counsel for defendants Vaso Active Pharmaceuticals, Inc., and John J. Masiz) and Kay Lee of Greenberg Traurig, LLP (counsel for defendant Stephen G. Carter), to discuss Local Rule 7.1(a)(2)'s requirements, counsel agreed that Local Rule 7.1(a)(2) is inapplicable to motions submitted pursuant to the Private Securities Litigation Reform Act of 1995 because said motions are mandated by statute. *See* 15 U.S.C. §§78u-4, *et seq.*

DATED: June 7, 2004

Respectfully submitted,

MELICK, PORTER & SHEA, LLP
RICHARD J. SHEA, BBO #456310
JOHN E. DeWICK, BBO #654723


_/s/ John E. DeWick_
JOHN E. DeWICK

28 State Street
Boston, MA  02109
Telephone:  617/523-6200
617/523-8130 (fax)

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA
  & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
RAMZI ABADOU
401 B Street, Suite 1700
San Diego, CA  921012
Telephone:  619/231-1058
619/231-7423 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 6/7/04

_/s/ John E. DeWick_

        LERACH COUGHLIN STOIA
          & ROBBINS LLP
        AZRA Z. MEHDI
        RACHEL L. JENSEN
        100 Pine Street, Suite 2600
        San Francisco, CA  94111
        Telephone:  415/288-4545
        415/288-4534 (fax)

        [Proposed] Lead Counsel for Plaintiffs

        GELLER RUDMAN, PLLC
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        200 Broadhollow Road, Suite 406
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)

        Attorneys for Plaintiffs

S:\CasesSD\Vaso\MIS00010355-Cert.doc