UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Master Docket No. 04-10708-RCL<br><br>CLASS ACTION<br><br>AFFIDAVIT OF JOHN E. DEWICK IN SUPPORT OF THE CHAE GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

I, JOHN E. DEWICK, swear as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Massachusetts. I am an associate with the law firm of Melick Porter & Shea LLP, proposed liaison counsel of record for proposed lead plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Sworn Certifications of Ki & Young Chae, Joseph Salmassi and Norman Brodeur;

Exhibit B: Chart of Movants' Purchases and Losses;

Exhibit C: Notice of pendency of class action published on *Business Wire*, a national, business-oriented newswire service, on April 8, 2004; and

Exhibit D: Firm resume of Lerach Coughlin Stoia & Robbins LLP.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct. Executed this 7th day of June, 2004, at Boston, Massachusetts.

/s/ John E. DeWick
JOHN E. DEWICK

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 6/7/04

/s/ John E. DeWick

S:\CasesSD\Vaso\AFF00010299-JED-LP.doc