Movant's Purchases and Losses					Vaso Active Pharmaceuticals

| Name | Date | Shares Purchased | Share Price | Total Cost | Total Gain (Loss)* |
|---|---|---|---|---|---|
| Chae, Ki Chang & Young Hee | 03/10/04 | 10,000 | $8.44 | $84,400.00 | |
| | 03/11/04 | 9,050 | $7.50 | $67,875.00 | |
| | 03/11/04 | 950 | $7.46 | $7,082.25 | |
| | 03/11/04 | 8,800 | $7.60 | $66,880.00 | |
| | 03/11/04 | 1,000 | $7.54 | $7,540.00 | |
| | 03/11/04 | 200 | $7.58 | $1,516.00 | |
| | 03/11/04 | 10,000 | $7.21 | $72,100.00 | |
| | 03/23/04 | 1,880 | $7.19 | $13,517.20 | |
| | 03/23/04 | 100 | $7.18 | $718.00 | |
| | 03/24/04 | 100 | $6.61 | $661.00 | |
| | 03/24/04 | 100 | $6.61 | $661.00 | |
| | 03/24/04 | 200 | $6.61 | $1,322.00 | |
| | 03/24/04 | 200 | $6.61 | $1,322.00 | |
| | 03/24/04 | 2,000 | $6.58 | $13,160.00 | |
| | | 44,580 | | $338,754.45 | ($192,780.15) |
| Brodeur, Norman | 03/17/2004 | 5,000 | $8.57 | $42,850.00 | |
| | 03/26/2004 | 10,000 | $8.46 | $84,600.00 | |
| | | 15,000 | | $127,450.00 | ($82,405.56) |
| Salmassi, Joseph | 03/01/2004 | 6,000 | $8.91 | $53,460.00 | |
| | 03/04/2004 | 6,000 | $11.48 | $68,883.00 | |
| | 03/26/2004 | 3,000 | $7.75 | $23,244.90 | |
| | | 15,000 | | $145,587.90 | ($51,717.13) |
| **Movants' Totals** | | **74,580** | | **$611,792.35** | **($326,902.84)** |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $0.73 as of June 04, 2004.