UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re Vaso Active Pharmaceuticals )
Securities Litigation ) Civil Action No. 04-10708-RCL
)

**DECLARATION OF DAVID PASTOR IN SUPPORT OF MOTION OF VASO ACTIVE PLAINTIFF GROUP FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, David Pastor, under penalty of perjury, hereby declare:

1. I am a partner at the law firm of Gilman and Pastor, LLP. I submit this declaration in support of the motion of the Vaso Active Plaintiff Group, Appointment As Lead Plaintiffs And Approval of Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the first published PSLRA notice by a plaintiff in these actions.

3. Attached hereto as Exhibit B are true and accurate copies of the certifications of Modhi Gude, Arji Gauthami, Scott Brook, Shel T. Diamond and Joyendu Mukherjee.

5. Attached hereto as Exhibit C is the firm resume of Scott + Scott LLC.

6. Attached hereto as Exhibit D is the firm resume of Gilman and Pastor LLP.

DATED:   June 7, 2004

/s/ David Pastor
David Pastor

{00002687.DOC ; 1}