# EXHIBIT B

Case 1:04-cv-10708-RCL    Document 20-3    Filed 06/07/2004    Page 1 of 8

## PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

MODHI GUDE / ARJI GAUTHAMI ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that;

1. Plaintiff has reviewed the Complaint and retains Scott + Scott, LLC, and such co-counsel it deems appropriate to associate with, to pursue such action on a contingent foe basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Vaso Active Pharmaceuticals ("VAPH") security that is the subject of this action during the Class Period is/are as follows:

| Name | No. o Shares/Securities | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| MODHI GUDE | 300 | B | 3/4/04 | 7.456 |
| " | 2000 | B | 3/5/04 | 12.42 |
| " | 300 | S | 3/12/04 | 8.3? |
| " | 2000 | S | 3/8/04 | 12.40 |
| Arji Gauthami | 4500 | B | 2/26/04 | 10.? (Split-adjusted) |

5. During the three years prior to the data of this Certification, Plaintiff has not served, or sought to serve as a class representative in a federal securities fraud case, except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff pro rata chare of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of April, 2004, at OKLAHOMA CITY (city, state).

Printed Name: MODHI GUDE / ARJI GAUTHAMI

Signature: [signature] / [signature] A. Gauthami

REDACTED

# PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

Scott Brook, ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and retains Scott + Scott, LLC, and such co-counsel it deems appropriate to associate with, to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Vaso Active Pharmaceuticals ("VAPH") security that is the subject of this action during the Class Period is/are as follows:

| No of Shares/Securities | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 4000 | Buy | 03/25/04 | $8.09 |

5. During the three years prior to the date of this Certification, Plaintiff has not served, or sought to serve as a class representative in a federal securities fraud case, except as follows:


6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2004, at Parlin, NJ.

Printed Name: Scott Brook

Signature:         /s/ Scott Brook

Mailing Address:

**REDACTED**

Telephone #:

E-mail Address:

# PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

Shel T. Diamond, ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint and retains Scott + Scott, LLC, and such co-counsel it deems appropriate to associate with, to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Vaso Active Pharmaceuticals ("VAPH") security that is the subject of this action during the Class Period is/are as follows:

| No of Shares/Securities | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 3,000 | Buy | 03/04/2004 | $11.256 |
| 3,000 | Buy | 03/24/2004 | $ 6.706 |

5. During the three years prior to the date of this Certification, Plaintiff has not served, or sought to serve as a class representative in a federal securities fraud case, except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2004, at Los Angeles, California (city, state).

Printed Name: Shel T. Diamond
Signature:          /s/ Shel T. Diamond

Mailing Address:

**REDACTED**

Telephone #:

E-mail Address:

# PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

_____Joyendu Mukherjee_____, ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. **Plaintiff has** reviewed the Complaint and retains Scott + **Scott,** LLC, and such co-counsel it deems appropriate to associate **with,** to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the **subject** of this action at the direction of Plaintiff's counsel, or in order to participate in any action.

3. Plaintiff is willing to serve as a representative party on behalf of the **class,** including providing testimony at deposition and **trial,** if necessary.

4. **Plaintiff's transaction(s)** in the Vaso Active Pharmaceuticals (**"VAPH"**) security that is the subject of this action during the Class Period is/are as follows:

| No of Shares/Securities | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| | | | |

5. During the three years prior to the date of this Certification, Plaintiff has not served, or sought to serve as a class representative in a federal securities fraud case, except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond **Plaintiff's** pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury **that** the foregoing is true and correct. Executed this _07____ day of _____June_____, 2004, at_____Marietta, GA_____(city, state).

Printed Name:    Joyendu **Mukherjee**

Signature:       /s/ Joyendu Mukherjee

Mailing Address:

Telephone #:    ,         **REDACTED**

E-mail Address:

| Symbol | Price | | Action | TradeDate | Principal |
|---|---|---|---|---|---|
| EQUITY VAPH | 700 | 8.1 | Buy | 3/31/2004 | 5670 |
| EQUITY VAPH | 500 | 8.1 | Buy | 3/31/2004 | 4050 |
| EQUITY VAPH | 100 | 6.57 | Buy | 3/24/2004 | 657 |
| EQUITY VAPH | 200 | 6.57 | Buy | 3/24/2004 | 1314 |
| EQUITY VAPH | 500 | 6.55 | Buy | 3/24/2004 | 3275 |
| EQUITY VAPH | 3000 | 8.5 | Buy | 3/17/2004 | 25500 |
| EQUITY VAPH | 225 | 8.5 | Buy | 3/17/2004 | 1912.5 |
| EQUITY VAPH | 2500 | 8.5 | Buy | 3/17/2004 | 21250 |
| EQUITY VAPH | 500 | 8.5 | Buy | 3/17/2004 | 4250 |
| EQUITY VAPH | 100 | 8.5 | Buy | 3/17/2004 | 850 |
| EQUITY VAPH | 200 | 8.5 | Buy | 3/17/2004 | 1700 |
| EQUITY VAPH | 75 | 8.5 | Buy | 3/17/2004 | 637.5 |
| EQUITY VAPH | 1400 | 8.5 | Buy | 3/17/2004 | 11900 |
| EQUITY VAPH | 500 | 8.07 | Buy | 3/11/2004 | 4035 |
| EQUITY VAPH | 500 | 8.06 | Buy | 3/11/2004 | 4030 |
| EQUITY VAPH | 400 | 8.05 | Buy | 3/11/2004 | 3220 |
| EQUITY VAPH | 100 | 8.05 | Buy | 3/11/2004 | 805 |
| EQUITY VAPH | 200 | 8.05 | Buy | 3/11/2004 | 1610 |
| EQUITY VAPH | 700 | 8.26 | Buy | 3/11/2004 | 5782 |
| EQUITY VAPH | 100 | 8.26 | Buy | 3/11/2004 | 826 |
| EQUITY VAPH | 200 | 8.27 | Buy | 3/11/2004 | 1654 |
| | 12700 | | | | 104928 |

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fee |
|---|---|---|---|---|---|---|---|
| 03/30/2004 | Sell | 700.0000 | VAPH | VASO ACTIVE PHARMA | $7.50000 | $5242.79 | $7.00 |
| 03/30/2004 | Sell | 200.0000 | VAPH | VASO ACTIVE PHARMA | $7.51000 | $1499.94 | $2.00 |
| 03/30/2004 | Sell | 200.0660 | VAPH | VASO ACTIVE PHARMA | $7.51000 | $1499.94 | $2.00 |
| 03/30/2004 | Sell | 200.0000 | VAPH | VASO ACTIVE PHARMA | $7.51000 | $1499.94 | $2.00 |
| 03/30/2004 | Sell | 200.0000 | VAPH | VASO ACTIVE PHARMA | $7.51000 | $1499.94 | $2.00 |
| 03/30/2004 | Sell | 200.0000 | VAPH | VASO ACTIVE PHARMA | $7.51000 | $1499.94 | $2.00 |
| 03/29/2004 | Sell | 100.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $686.97 | $1.00 |
| 03/29/2004 | Sell | 200.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $1373.94 | $2.00 |
| 03/29/2004 | Sell | 500.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $3434.86 | $5.00 |
| 03/29/2004 | Sell | 1900.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $13052.48 | $19.00 |
| 03/29/2004 | Sell | 200.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $1373.94 | $2.00 |
| 03/29/2004 | Sell | 1000.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $6869.73 | $10.00 |
| 03/29/2004 | Sell | 1000.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $6869.73 | $10.00 |
| 03/29/2004 | Sell | 100.0000 | VAPH | VASO ACTIVE PHARMA | $6.88000 | $687.97 | $1.00 |
| 03/29/2004 | Buy | 200.0000 | VAPH | VASO ACTIVE PHARMA | $7.28000 | -$1458.00 | $2.00 |
| 03/29/2004 | Buy | 1800.0000 | VAPH | VASO ACTIVE PHARMA | $7.30000 | -$13158.00 | $18.00 |
| 03/25/2004 | Sell | 1000.0000 | VAPH | VASO ACTIVE PHARMA | $8.01666 | $7996.09 | $13.59 |
| 03/25/2004 | Sell | 100.0000 | VAPH | VASO ACTIVE PHARMA | $8.01000 | $799.80 | $1.35 |
| 03/25/2004 | Buy | 500.0000 | VAPH | VASO ACTIVE PHARMA | $7.57000 | -$3792.47 | $7.47 |
| 03/25/2004 | Buy | 500.0000 | VAPH | VASO ACTIVE PHARMA | $7.57000 | -$3792.48 | $7.48 |
| 03/25/2004 | Buy | 900.0000 | VAPH | VASO ACTIVE PHARMA | $7.60000 | -$6853.45 | $13.45 |
| 03/25/2004 | Buy | 100.0000 | VAPH | VASO ACTIVE PHARMA | $7.60000 | -$761.50 | $1.50 |
| 03/24/2004 | Buy | 300.0000 | VAPH | VASO ACTIVE PHARMA | $6.51000 | -$1958.61 | $5.61 |
| 03/24/2004 | Buy | 500.0000 | VAPH | VASO ACTIVE PHARMA | $6.51000 | -$3264.34 | $9.34 |
| 03/24/2004 | Buy | 600.0000 | VAPH | VASO ACTIVE PHARMA | $6.66000 | -$4002.00 | $6.00 |
| 03/24/2004 | Buy | 100.0000 | VAPH | VASO ACTIVE PHARMA | $6.66000 | -$667.00 | $1.00 |
| 03/24/2004 | Buy | 100.0000 | VAPH | VASO ACTIVE PHARMA | $6.66000 | -$667.00 | $1.00 |
| 03/24/2004 | Buy | 1000.0000 | VAPH | VASO ACTIVE PHARMA | $6.66000 | -$6670.00 | $10.00 |
| 03/24/2004 | Buy | 1000.0000 | VAPH | VASO ACTIVE PHARMA | $6.66000 | -$6670.00 | $10.00 |
| 03/24/2004 | Buy | 200.0000 | VAPH | VASO ACTIVE PHARMA | $6.66000 | -$1334.00 | $2.00 |

| Date | Action | Quantity | Symbol | Description | Price | Amount | |
|---|---|---|---|---|---|---|---|
| 03/12/2004 | Sell | 475.0000 | VAPH | VASO ACTIVE PHARMA | $7.77000 | $3683.50 | $7.10 |
| 03/12/2004 | Sell | 525.0000 | VAPH | VASO ACTIVE PHARMA | $7.78000 | $4079.49 | $7.85 |
| 03/11/2004 | Buy | 500.0000 | VAPH | VASO ACTIVE PHARMA | $8.35000 | -$4182.47 | $7.47 |
| 03/11/2004 | Buy | 500.0000 | VAPH | VASO ACTIVE PHARMA | $8.38000 | -$4197.48 | $7.48 |

[ Return to Top ]

MY Home | Account | Trade | Quotes & Research | Planning & Advice | What We Offer
Balances | Positions | Performance | History | Transfers & Payments | eStatements

[ Search ] [ Customer Service ] [ Site Map ] [ Help ]