UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION ) ) ) ) | Master Docket No. 04-10708-RCL <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | [PROPOSED] ORDER APPOINTING THE CHAE GROUP AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Having considered the motion to appoint Ki Chang & Young Hee Chae, Norman Brodeur and Joseph Salmassi (the "Chae Group") as lead plaintiff, and to approve lead plaintiff's choice of lead counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.  The motion is GRANTED;

2.  The Court appoints the Chae Group as Lead Plaintiff; and

3.  Lead Plaintiff's selection of Lead Counsel for the class is approved. The law firm of Lerach Coughlin Stoia & Robbins LLP is appointed Lead Counsel and Melick Porter & Shea, LLP is approved as Liaison Counsel.

DATED: _____    _____
THE HONORABLE REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 6/7/04

_____/s/ John E. DeWick_____

S:\CasesSD\Vaso\ORD0001030-LP.doc