UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Vaso Active Pharmaceuticals<br>Securities Litigation | ) <br> ) <br> ) Civil Action No. 04-10708-RCL <br> ) <br> ) |

**[PROPOSED] ORDER FOR APPOINTMENT OF VASO ACTIVE PLAINTIFF GROUP AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered the Motion Of Vaso Active Plaintiff Group For Appointment As Lead Plaintiffs And For Approval Of Selection of Lead Counsel and the Memorandum of Law and Declaration of David Pastor, in support thereof, and good cause appearing therefor:

1. Class members Modhi Gude, Arji Gauthami, Scott Brook, Shel T. Diamond and Joyendu Mukherjee ("Vaso Active Plaintiff Group" or "Movants") hereby are appointed Lead Plaintiffs for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934.

2. The law firm of Scott + Scott, LLC ("Scott + Scott") hereby is appointed Lead Counsel for the class and the law firm of Gilman and Pastor, LLP ("Gilman and Pastor") is appointed as Liaison Counsel for the class.

3. Pursuant to the Court's May 11, 2004 order of consolidation, all pending and future related securities fraud class actions should be consolidated into this action, including the following actions:

| | |
|---|---|
| 1:04-cv-10720-NG | *Shapiro v. Vaso Active Pharmaceuticals, Inc. et al.* |
| 1:04-cv-10808-NG | *Benedetto et al v. Vaso Active Pharmaceuticals, Inc. et al.* |

{00002685.DOC ; 1}

| | |
|---|---|
| 1:04-cv-10819-NG | *Dummer v. Vaso Active Pharmaceuticals, Inc. et al.* |
| 1:04-cv-10851-RCL | *Tovrea v. Vaso Active Pharmaceuticals, Inc. et al.* |
| 1:04-cv-10980-RCL | *IRA A. TURRET SEP-IRA DATED 01/24/02 v. Vaso Active Pharmaceuticals, Inc. et al.\** |
| 1:04-cv-11100-RCL | *Pagona v. Vaso Active Pharmaceuticals, Inc. et al.* |
| 1:04-cv-11101-RCL | *Karanfilian v. Vaso Active Pharmaceuticals, Inc. et al.* |

SO ORDERED THIS \_\_\_\_ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE