# EXHIBIT A

**YAHOO! FINANCE**   Search - Finance Home - Yahoo! - Help   **Business Wire**

**Welcome** [Sign In]    To track stocks & more, Register

## Financial News

Enter symbol(s) [ ] Basic [Get]   Symbol Lookup

 

**HARRISdirect** Open an account, get $100    $7 TRADES AT SCOTTRADE GO!    Learn more TD Waterhouse - Get Free Trades for a month.

**Related Quote**
VAPH.PK   0.45   -0.05   News
**View Detailed Quote**
Delayed 20 mins
Quote data provided by Reuters

**Press Release**    Source: Milberg Weiss Bershad Hynes & Lerach LLP

## Milberg Weiss Files Class Action Suit against Vaso Active Pharmaceuticals, Inc.

Thursday April 8, 12:53 pm ET

SAN DIEGO--(BUSINESS WIRE)--April 8, 2004--Milberg Weiss (http://www.milberg.com/cases/vaso/) today announced that a class action has been commenced in the United States District Court for the District of Massachusetts on behalf of purchasers of Vaso Active Pharmaceuticals, Inc. ("Vaso Active") (NASDAQ:VAPH - News) common stock during the period between December 11, 2003 and March 31, 2004 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, William Lerach or Darren Robbins of Milberg Weiss at 800/449-4900 or via e-mail at wsl@mwbhl.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.milberg.com/cases/vaso/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Vaso Active and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Vaso Active's principal activity is to develop, manufacture and market pharmaceutical products. The Company focuses on vaso active lipid encapsulated, or VALE, transdermal delivery technology drugs.

The complaint alleges that during the Class Period, defendants issued false and misleading statements regarding Vaso Active's key products. The true facts, which were known by each of the defendants but actively concealed from the investing public during the Class Period, were as follows: (a) the Company's claims that its "clinical trial" for its deFEET product was "supervised by independent physicians and analyzed by the New England Medical Center in Boston" Massachusetts was grossly misleading in that: (i) the New England Medical Center had nothing to do with the study associated with the "clinical trial"; (ii) the New England Medical Center was unable to draw any conclusions concerning the effectiveness of the product and played no role in selecting the patients and gathering evidence; and (iii) the trial was not supervised by "independent physicians"; (b) the Company's so-called "clinical trial" was not new or revolutionary but rather more than half a decade old; (c) the American Association of Medical Foot Specialists and its so-called "endorsement" of the Company's deFEET product was of little, if any, value; and (d) contrary to defendants' claim that there was significant demand for the Company's stock at an "institutional level," there was little, if any, institutional demand for the Company's shares.

On April 1, 2004, SEC regulators halted trading of Vaso Active stock due to questions about the accuracy of assertions made in the Company's press releases, annual report, registration statement and public statements to investors regarding FDA approval of certain of its products.

Plaintiff seeks to recover damages on behalf of all purchasers of Vaso Active common stock during the Class Period (the "Class"). The plaintiff is represented by Milberg Weiss Bershad Hynes & Lerach LLP, who has expertise in prosecuting investor class actions and extensive

**Related News Stories**

- Glancy Binkow & Goldberg LLP, Representing Shareholders Of Vaso Active Pharmaceuticals, Inc., Announces Update To Shareholder Lawsuit -- VAPH - PrimeZone Media Network (Wed Jun 2)
- Scott + Scott, LLC Update on Vaso Active Pharmaceuticals, Inc. Securities Litigation - PR Newswire (Fri May 28)
- Class Action Lawsuit Commenced Against Vaso Active Pharmaceuticals, Inc. by Bernstein Liebhard & Lifshitz, LLP - Market Wire (Tue May 25)
- Law Offices of Brodsky & Smith, LLC Reminds Shareholders About Time For Filing Lead Plaintiff Motions in Class Action Lawsuit Against Vaso Active Pharmaceuticals, Inc. -- VAPH - PrimeZone Media Network (Thu May 20)

More...

- By industry: Class action, Law

**Top Stories**

- U.S. Judge Delays Enron Criminal Trial - Reuters (1:16 pm)
- Merrill to Court for UK Gender Bias Case - Reuters (1:06 pm)
- Stocks Rise as Oil Prices Decline - Reuters (1:21 pm)
- Yen Surges, Boosted by Nikkei Rally - Reuters (1:18 pm)

More...

- Most-emailed articles
- Most-viewed articles

experience in actions involving financial fraud.

Milberg Weiss Bershad Hynes & Lerach LLP, a 190-lawyer firm with offices in New York, San Diego, San Francisco, Los Angeles, Boca Raton, Seattle and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States. Milberg Weiss has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of World War II and other human rights violations, and has been responsible for more than $30 billion in aggregate recoveries. The Milberg Weiss website (http://www.milberg.com) has more information about the firm.

Contact:

    Milberg Weiss Bershad Hynes & Lerach LLP
    William Lerach, 800-449-4900
    wsl@milberg.com

Source: Milberg Weiss Bershad Hynes & Lerach LLP

Email Story    Set News Alert    Print Story

Search News

Sponsor Results

ProActiv Acne Solution - Official Site
Proactiv Solution is a revolutionary dermatologists' combination therapy system that heals existing acne and helps prevent future blemishes in three easy steps.
www.proactiv.com

Proactiv - Save Up to 50% Off
Save up to 50% off your next purchase from Proactiv when you shop online now. Visit the MyConsumerGuide.com affiliate site for special offers, tips to save, ratings and more.
myconsumerguide.com

Use Proactiv Solution for Beautiful Skin
Proactive Solution - an affordable acne treatment that really works - a simple 1-2-3 approach to beautiful, vibrant, healthy-looking skin.
www.buybeautyaids.com

(What's This?)

Like news? See job openings at Yahoo! Finance

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2004 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.