# EXHIBIT B

## PURSUANT TO FEDERAL SECURITIES LAWS

I, <u>Luz Merturi</u>, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    I have reviewed the Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) complaint prepared by Milberg Weiss Bershad & Schulman LLP, whom I designate as my counsel in this action for all purposes.

2.    I did not acquire Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

5.    I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except:_____

6.    I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7.    Since December 11, 2003 I have made the following transactions in Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 2,500 | Buy | 02/25/04 | 28.25 |
| 2,500 | Sell | 02/25/04 | 28.50 |
| 630 | Buy | 03/02/04 | 31.98 |
| 630 | Sell | 03/02/04 | 32.65 |
| 5,500 | Buy | 03/08/04 | 13.25 |
| 2,900 | Buy | 03/08/04 | 12.90 |
| 8,400 | Sell | 04/20/04 | 1.25 |

**I declare under penalty of perjury that the foregoing is true and correct**

Executed this 1ˢᵀ day of ___June___, 2004

___Luz Merturi___                    _____
Print Name                           Signature

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, <u>Brenda Reinemund, on behalf of Glenn Reinemund</u>, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    I have reviewed the Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) complaint prepared by Milberg Weiss Bershad & Schulman LLP, whom I designate as my counsel in this action for all purposes.

2.    I did not acquire Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

5.    I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except:_____

6.    I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7.    Since December 11, 2003 I have made the following transactions in Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 1,000 | Buy | 02/23/04 | 28.75 |
| 2,000 | Received from stock split | 03/08/04 | -------- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**I declare under penalty of perjury that the foregoing is true and correct**

Executed this 7th day of June, 2004

Brenda Reinemund,
Power of Attorney

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Derek Bauer, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.     I have reviewed the Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) complaint prepared by Milberg Weiss Bershad & Schulman LLP, whom I designate as my counsel in this action for all purposes.

2.     I did not acquire Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3.     I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

5.     I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except:_____

6.     I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

7.     Since December 11, 2003 I have made the following transactions in Vaso Active Pharmaceuticals, Inc. (NASDAQ:VAPH) and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| See Attached Schedule A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury that the foregoing is true and correct

Executed this ____ day of _____ , 2004

_____                    _____
Derek Bauer                                              Signature

**Schedule A**
**Derek Bauer**
**Transactions in Vaso Active Pharmaceutical, Inc.**

**Purchases:**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| | 02/23/04 | 200 | 27.4500 |
| | 02/23/04 | 100 | 27.6300 |
| | 02/23/04 | 100 | 27.6300 |
| | 02/23/04 | 100 | 27.6500 |
| | 02/24/04 | 300 | 26.5400 |
| | 02/24/04 | 100 | 26.5000 |
| | 02/24/04 | 100 | 26.4990 |
| | 02/24/04 | 1,000 | 26.2700 |
| | 02/25/04 | 200 | 24.7500 |
| | 02/25/04 | 100 | 24.7500 |
| | 02/25/04 | 500 | 24.6600 |
| | 02/25/04 | 200 | 24.7800 |
| | 03/02/04 | 500 | 31.9900 |
| | 03/02/04 | 400 | 31.9900 |
| | 03/02/04 | 100 | 32.0000 |
| | 03/02/04 | 200 | 34.0000 |
| | 03/02/04 | 100 | 34.0000 |
| | 03/02/04 | 200 | 34.0000 |
| | 03/02/04 | 200 | 34.0000 |
| | 03/02/04 | 100 | 34.0000 |
| | 03/02/04 | 200 | 34.0000 |
| | 03/02/04 | 100 | 33.1700 |
| | 03/02/04 | 400 | 33.1700 |
| | 03/03/04 | 220 | 40.9900 |
| *(split adjusted) | 03/03/04 | 75 | 13.3333 |
| *(split adjusted) | 03/03/04 | 90 | 13.3333 |
| *(split adjusted) | 03/03/04 | 35 | 13.3333 |
| *(split adjusted) | 03/03/04 | 200 | 13.3333 |
| *(split adjusted) | 03/03/04 | 500 | 13.3333 |
| | 03/03/04 | 50 | 40.9900 |
| | 03/03/04 | 20 | 40.9900 |
| | 03/03/04 | 10 | 40.9900 |
| | 03/03/04 | 200 | 40.9900 |
| | 03/08/04 | 100 | 11.9990 |
| | 03/08/04 | 100 | 12.1390 |
| | 03/09/04 | 200 | 11.6000 |
| | 03/09/04 | 700 | 11.6100 |
| | 03/09/04 | 100 | 11.6100 |
| | 03/10/04 | 100 | 9.3400 |
| | 03/10/04 | 100 | 9.3400 |

| | | |
|---|---|---|
| 03/10/04 | 100 | 9.3400 |
| 03/10/04 | 700 | 9.3400 |
| 03/11/04 | 2,000 | 7.9500 |
| 03/11/04 | 200 | 7.4000 |
| 03/11/04 | 600 | 7.3900 |
| 03/11/04 | 200 | 7.3900 |
| 03/11/04 | 500 | 7.3000 |
| 03/11/04 | 300 | 7.2200 |
| 03/11/04 | 800 | 7.8500 |
| 03/11/04 | 1,200 | 7.8500 |
| 03/11/04 | 200 | 7.2200 |
| 03/12/04 | 1,000 | 7.7000 |
| 03/12/04 | 300 | 7.8000 |
| 03/12/04 | 400 | 7.8000 |
| 03/12/04 | 100 | 7.8000 |
| 03/19/04 | 1,000 | 7.7400 |
| 03/19/04 | 1,000 | 7.7500 |
| 03/26/04 | 500 | 7.7300 |
| 03/26/04 | 200 | 7.7000 |
| 03/26/04 | 500 | 7.7300 |
| 03/26/04 | 1,300 | 7.7300 |
| 03/26/04 | 1,000 | 7.5400 |
| 03/26/04 | 200 | 8.0000 |
| 03/26/04 | 100 | 8.0000 |
| 03/26/04 | 400 | 8.0000 |
| 03/26/04 | 100 | 8.0000 |
| 03/26/04 | 100 | 8.0000 |
| 03/26/04 | 100 | 8.0000 |
| 03/26/04 | 400 | 8.0000 |
| 03/26/04 | 400 | 8.0000 |
| 03/26/04 | 200 | 8.0000 |
| 03/26/04 | 300 | 7.8000 |
| 03/26/04 | 200 | 7.8000 |
| 03/26/04 | 300 | 7.8100 |
| 03/26/04 | 200 | 7.8100 |
| 03/26/04 | 200 | 7.7900 |
| 03/26/04 | 100 | 7.8100 |
| 03/26/04 | 100 | 7.8100 |
| 03/26/04 | 100 | 7.8100 |
| 03/26/04 | 100 | 7.8100 |
| 03/26/04 | 1,400 | 7.8100 |
| 03/26/04 | 500 | 7.7300 |
| 03/26/04 | 500 | 7.7300 |
| 03/26/04 | 400 | 7.7300 |
| 03/26/04 | 100 | 7.7300 |

**Schedule A**
**Derek Bauer**
**Transactions in Vaso Active Pharmaceutical, Inc.**

**Sales:**

| DATE | SHARES | PRICE |
|---|---|---|
| 02/24/04 | 200 | 26.6000 |
| 02/24/04 | 100 | 26.6000 |
| 02/24/04 | 100 | 26.6000 |
| 02/24/04 | 100 | 26.6000 |
| 02/24/04 | 300 | 26.6000 |
| 02/24/04 | 100 | 26.6000 |
| 02/24/04 | 100 | 26.6000 |
| 02/24/04 | 1,000 | 26.6000 |
| 02/25/04 | 200 | 25.4000 |
| 02/25/04 | 100 | 25.4000 |
| 02/25/04 | 500 | 25.4000 |
| 02/25/04 | 200 | 25.4000 |
| 03/02/04 | 500 | 33.0000 |
| 03/02/04 | 400 | 33.0000 |
| 03/02/04 | 100 | 33.0000 |
| 03/02/04 | 200 | 34.2500 |
| 03/02/04 | 100 | 34.2500 |
| 03/02/04 | 200 | 34.2500 |
| 03/02/04 | 200 | 35.1600 |
| 03/02/04 | 100 | 35.1600 |
| 03/02/04 | 200 | 35.0000 |
| 03/02/04 | 100 | 37.0000 |
| 03/02/04 | 400 | 37.0000 |
| 03/05/04 | 220 | 37.5000 |
| 03/09/04 | 75 | 11.3600 |
| 03/09/04 | 90 | 11.3600 |
| 03/09/04 | 35 | 11.3600 |
| 03/09/04 | 200 | 11.3600 |
| 03/09/04 | 500 | 11.3600 |
| 03/03/04 | 50 | 35.1000 |
| 03/03/04 | 20 | 35.3500 |
| 03/03/04 | 10 | 36.0100 |
| 03/03/04 | 200 | 39.5000 |
| 03/10/04 | 100 | 9.0000 |
| 03/09/04 | 100 | 11.3600 |
| 03/10/04 | 200 | 9.0000 |
| 03/10/04 | 700 | 9.0000 |
| 03/10/04 | 100 | 9.1600 |
| 03/10/04 | 100 | 9.1600 |
| 03/10/04 | 100 | 9.1900 |

| | | |
|---|---|---|
| 03/10/04 | 100 | 9.1900 |
| 03/10/04 | 700 | 9.1900 |
| 03/17/04 | 2,000 | 8.5500 |
| 03/17/04 | 200 | 8.5500 |
| 03/17/04 | 600 | 8.5500 |
| 03/25/04 | 200 | 6.7400 |
| 03/25/04 | 500 | 6.7400 |
| 03/25/04 | 300 | 6.7400 |
| 03/11/04 | 800 | 8.2500 |
| 03/11/04 | 1,200 | 8.2500 |
| 03/25/04 | 200 | 7.9500 |
| 03/26/04 | 1,000 | 7.8500 |
| 03/25/04 | 300 | 7.9500 |
| 03/25/04 | 400 | 7.9500 |
| 03/25/04 | 100 | 7.9500 |
| 03/30/04 | 1,000 | 7.3500 |
| 03/26/04 | 1,000 | 7.8500 |
| 04/16/04 | 500 | 1.5000 |
| 04/16/04 | 200 | 1.5000 |
| 04/16/04 | 500 | 1.5000 |
| 04/16/04 | 1,300 | 1.5000 |
| 04/16/04 | 1,000 | 1.5000 |
| 03/30/04 | 200 | 6.9900 |
| 03/30/04 | 100 | 6.9900 |
| 03/30/04 | 400 | 6.9900 |
| 03/30/04 | 100 | 6.9900 |
| 03/30/04 | 100 | 6.9900 |
| 03/30/04 | 100 | 6.9900 |
| 03/30/04 | 400 | 7.3500 |
| 03/30/04 | 400 | 7.3500 |
| 03/30/04 | 200 | 7.3500 |
| 03/30/04 | 300 | 7.3500 |
| 03/30/04 | 200 | 7.3500 |
| 03/30/04 | 300 | 7.3500 |
| 03/30/04 | 200 | 7.3500 |
| 03/30/04 | 200 | 7.4500 |
| 03/30/04 | 100 | 7.4500 |
| 03/30/04 | 100 | 7.4500 |
| 03/30/04 | 100 | 7.4500 |
| 03/30/04 | 100 | 7.4500 |
| 03/30/04 | 1,400 | 7.4500 |
| 03/31/04 | 500 | 7.8500 |
| 03/31/04 | 500 | 7.8500 |
| 03/31/04 | 400 | 7.8500 |
| 03/31/04 | 100 | 7.8500 |