# EXHIBIT C

Class Period: 12/11/03 - 03/31/04

**VASO ACTIVE PHARMAECUTICALS, INC. (NASDAQ: VAPH.PK)**

Hold price: $0.7400

| PLAINTIFF | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (a) | | | | SHARES HELD | ESTIMATED VALUE (b) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Merturi, Luz | | 02/25/04 | 2,500 | 28.2500 | 70,625.00 | 02/25/04 | 2,500 | 28.5000 | 71,250.00 | | | 625.00 |
| | | 03/02/04 | 630 | 31.9800 | 20,147.40 | 03/02/04 | 630 | 32.6500 | 20,569.50 | | | 422.10 |
| | | 03/08/04 | 5,500 | 13.2500 | 72,875.00 | 04/20/04 | 5,500 | 1.2500 | 6,875.00 | | | (66,000.00) |
| | | 03/08/04 | 2,900 | 12.9000 | 37,410.00 | 04/20/04 | 2,900 | 1.2500 | 3,625.00 | | | (33,785.00) |
| **Merturi, Luz Totals** | | | 11,530 | | 201,057.40 | | 11,530 | | 102,319.50 | | | **(98,737.90)** |
| Reinemund, Brenda | | 02/23/04 | 1,000 | 28.7500 | 28,750.00 | | | | | 1,000 | 740.00 | (28,010.00) |
| | split | 03/08/04 | 2,000 | 0.0000 | | | | | | 2,000 | 1,480.00 | 1,480.00 |
| **Reinemund, Brenda Totals** | | | 3,000 | | 28,750.00 | | | | | 3,000 | 2,220.00 | **(26,530.00)** |
| Bauer, Derek | | 02/23/04 | 200 | 27.4500 | 5,490.00 | 02/24/04 | 200 | 26.6000 | 5,320.00 | | | (170.00) |
| | | 02/23/04 | 100 | 27.6300 | 2,763.00 | 02/24/04 | 100 | 26.6000 | 2,660.00 | | | (103.00) |
| | | 02/23/04 | 100 | 27.6300 | 2,763.00 | 02/24/04 | 100 | 26.6000 | 2,660.00 | | | (103.00) |
| | | 02/23/04 | 100 | 27.6500 | 2,765.00 | 02/24/04 | 100 | 26.6000 | 2,660.00 | | | (105.00) |
| | | 02/24/04 | 300 | 26.5400 | 7,962.00 | 02/24/04 | 300 | 26.6000 | 7,980.00 | | | 18.00 |
| | | 02/24/04 | 100 | 26.5000 | 2,650.00 | 02/24/04 | 100 | 26.6000 | 2,660.00 | | | 10.00 |
| | | 02/24/04 | 100 | 26.4990 | 2,649.90 | 02/24/04 | 100 | 26.6000 | 2,660.00 | | | 10.10 |
| | | 02/24/04 | 1,000 | 26.2700 | 26,270.00 | 02/24/04 | 1,000 | 26.6000 | 26,600.00 | | | 330.00 |
| | | 02/25/04 | 200 | 24.7500 | 4,950.00 | 02/25/04 | 200 | 25.4000 | 5,080.00 | | | 130.00 |
| | | 02/25/04 | 100 | 24.7500 | 2,475.00 | 02/25/04 | 100 | 25.4000 | 2,540.00 | | | 65.00 |
| | | 02/25/04 | 500 | 24.6600 | 12,330.00 | 02/25/04 | 500 | 25.4000 | 12,700.00 | | | 370.00 |
| | | 02/25/04 | 200 | 24.7800 | 4,956.00 | 02/25/04 | 200 | 25.4000 | 5,080.00 | | | 124.00 |
| | | 03/02/04 | 500 | 31.9900 | 15,995.00 | 03/02/04 | 500 | 33.0000 | 16,500.00 | | | 505.00 |
| | | 03/02/04 | 400 | 31.9900 | 12,796.00 | 03/02/04 | 400 | 33.0000 | 13,200.00 | | | 404.00 |
| | | 03/02/04 | 100 | 32.0000 | 3,200.00 | 03/02/04 | 100 | 33.0000 | 3,300.00 | | | 100.00 |
| | | 03/02/04 | 200 | 34.0000 | 6,800.00 | 03/02/04 | 200 | 34.2500 | 6,850.00 | | | 50.00 |
| | | 03/02/04 | 100 | 34.0000 | 3,400.00 | 03/02/04 | 100 | 34.2500 | 3,425.00 | | | 25.00 |
| | | 03/02/04 | 200 | 34.0000 | 6,800.00 | 03/02/04 | 200 | 34.2500 | 6,850.00 | | | 50.00 |
| | | 03/02/04 | 200 | 34.0000 | 6,800.00 | 03/02/04 | 200 | 35.1600 | 7,032.00 | | | 232.00 |
| | | 03/02/04 | 100 | 34.0000 | 3,400.00 | 03/02/04 | 100 | 35.1600 | 3,516.00 | | | 116.00 |
| | | 03/02/04 | 200 | 34.0000 | 6,800.00 | 03/02/04 | 200 | 35.0000 | 7,000.00 | | | 200.00 |
| | | 03/02/04 | 100 | 33.1700 | 3,317.00 | 03/02/04 | 100 | 37.0000 | 3,700.00 | | | 383.00 |
| | | 03/02/04 | 400 | 33.1700 | 13,268.00 | 03/02/04 | 400 | 37.0000 | 14,800.00 | | | 1,532.00 |
| | | 03/03/04 | 220 | 40.9900 | 9,017.80 | 03/05/04 | 220 | 37.5000 | 8,250.00 | | | (767.80) |
| | *(split adjusted) | 03/03/04 | 75 | 13.3333 | 1,000.00 * | 03/09/04 | 75 | 11.3600 | 852.00 | | | (148.00) |
| | *(split adjusted) | 03/03/04 | 90 | 13.3333 | 1,200.00 * | 03/09/04 | 90 | 11.3600 | 1,022.40 | | | (177.60) |
| | *(split adjusted) | 03/03/04 | 35 | 13.3333 | 466.67 * | 03/09/04 | 35 | 11.3600 | 397.60 | | | (69.07) |
| | *(split adjusted) | 03/03/04 | 200 | 13.3333 | 2,666.66 * | 03/09/04 | 200 | 11.3600 | 2,272.00 | | | (394.66) |
| | *(split adjusted) | 03/03/04 | 500 | 13.3333 | 6,666.65 * | 03/09/04 | 500 | 11.3600 | 5,680.00 | | | (986.65) |
| | | 03/03/04 | 50 | 40.9900 | 2,049.50 | 03/03/04 | 50 | 35.1000 | 1,755.00 | | | (294.50) |
| | | 03/03/04 | 20 | 40.9900 | 819.80 | 03/03/04 | 20 | 35.3500 | 707.00 | | | (112.80) |

(a) Sales have been applied to purchases on a FIFO basis.
(b) Shares held through the date of this filing have been valued using an average closing price.
(c) Settlement date was provided on certification.  Actual trade took place on 03/05/04.

Class Period: 12/11/03 - 03/31/04

**VASO ACTIVE PHARMAECUTICALS, INC. (NASDAQ: VAPH.PK)**

Hold price: $0.7400

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (a) | | | | SHARES HELD | ESTIMATED VALUE (b) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 03/03/04 | 10 | 40.9900 | 409.90 | 03/03/04 | 10 | 36.0100 | 360.10 | | | (49.80) |
| | 03/03/04 | 200 | 40.9900 | 8,198.00 | 03/03/04 | 200 | 39.5000 | 7,900.00 | | | (298.00) |
| | 03/08/04 | 100 | 11.9990 | 1,199.90 | 03/10/04 | 100 | 9.0000 | 900.00 | | | (299.90) |
| | 03/08/04 | 100 | 12.1390 | 1,213.90 | 03/09/04 | 100 | 11.3600 | 1,136.00 | | | (77.90) |
| | 03/09/04 | 200 | 11.6000 | 2,320.00 | 03/10/04 | 200 | 9.0000 | 1,800.00 | | | (520.00) |
| | 03/09/04 | 700 | 11.6100 | 8,127.00 | 03/10/04 | 700 | 9.0000 | 6,300.00 | | | (1,827.00) |
| | 03/09/04 | 100 | 11.6100 | 1,161.00 | 03/10/04 | 100 | 9.1600 | 916.00 | | | (245.00) |
| | 03/10/04 | 100 | 9.3400 | 934.00 | 03/10/04 | 100 | 9.1600 | 916.00 | | | (18.00) |
| | 03/10/04 | 100 | 9.3400 | 934.00 | 03/10/04 | 100 | 9.1900 | 919.00 | | | (15.00) |
| | 03/10/04 | 100 | 9.3400 | 934.00 | 03/10/04 | 100 | 9.1900 | 919.00 | | | (15.00) |
| | 03/10/04 | 700 | 9.3400 | 6,538.00 | 03/10/04 | 700 | 9.1900 | 6,433.00 | | | (105.00) |
| | 03/11/04 | 2,000 | 7.9500 | 15,900.00 | 03/17/04 | 2,000 | 8.5500 | 17,100.00 | | | 1,200.00 |
| | 03/11/04 | 200 | 7.4000 | 1,480.00 | 03/17/04 | 200 | 8.5500 | 1,710.00 | | | 230.00 |
| | 03/11/04 | 600 | 7.3900 | 4,434.00 | 03/17/04 | 600 | 8.5500 | 5,130.00 | | | 696.00 |
| | 03/11/04 | 200 | 7.3900 | 1,478.00 | 03/25/04 | 200 | 6.7400 | 1,348.00 | | | (130.00) |
| | 03/11/04 | 500 | 7.3000 | 3,650.00 | 03/25/04 | 500 | 6.7400 | 3,370.00 | | | (280.00) |
| | 03/11/04 | 300 | 7.2200 | 2,166.00 | 03/25/04 | 300 | 6.7400 | 2,022.00 | | | (144.00) |
| | 03/11/04 | 800 | 7.8500 | 6,280.00 | 03/11/04 | 800 | 8.2500 | 6,600.00 | | | 320.00 |
| | 03/11/04 | 1,200 | 7.8500 | 9,420.00 | 03/11/04 | 1,200 | 8.2500 | 9,900.00 | | | 480.00 |
| | 03/11/04 | 200 | 7.2200 | 1,444.00 | 03/25/04 | 200 | 7.9500 | 1,590.00 | | | 146.00 |
| | 03/12/04 | 1,000 | 7.7000 | 7,700.00 | 03/26/04 | 1,000 | 7.8500 | 7,850.00 | | | 150.00 |
| | 03/12/04 | 300 | 7.8000 | 2,340.00 | 03/25/04 | 300 | 7.9500 | 2,385.00 | | | 45.00 |
| | 03/12/04 | 400 | 7.8000 | 3,120.00 | 03/25/04 | 400 | 7.9500 | 3,180.00 | | | 60.00 |
| | 03/12/04 | 100 | 7.8000 | 780.00 | 03/25/04 | 100 | 7.9500 | 795.00 | | | 15.00 |
| | 03/19/04 | 1,000 | 7.7400 | 7,740.00 | 03/30/04 | 1,000 | 7.3500 | 7,350.00 | | | (390.00) |
| | 03/19/04 | 1,000 | 7.7500 | 7,750.00 | 03/26/04 | 1,000 | 7.8500 | 7,850.00 | | | 100.00 |
| | 03/26/04 | 500 | 7.7300 | 3,865.00 | 04/16/04 | 500 | 1.5000 | 750.00 | | | (3,115.00) |
| | 03/26/04 | 200 | 7.7000 | 1,540.00 | 04/16/04 | 200 | 1.5000 | 300.00 | | | (1,240.00) |
| | 03/26/04 | 500 | 7.7300 | 3,865.00 | 04/16/04 | 500 | 1.5000 | 750.00 | | | (3,115.00) |
| | 03/26/04 | 1,300 | 7.7300 | 10,049.00 | 04/16/04 | 1,300 | 1.5000 | 1,950.00 | | | (8,099.00) |
| | 03/26/04 | 1,000 | 7.5400 | 7,540.00 | 04/16/04 | 1,000 | 1.5000 | 1,500.00 | | | (6,040.00) |
| | 03/26/04 | 200 | 8.0000 | 1,600.00 | 03/30/04 | 200 | 6.9900 | 1,398.00 | | | (202.00) |
| | 03/26/04 | 100 | 8.0000 | 800.00 | 03/30/04 | 100 | 6.9900 | 699.00 | | | (101.00) |
| | 03/26/04 | 400 | 8.0000 | 3,200.00 | 03/30/04 | 400 | 6.9900 | 2,796.00 | | | (404.00) |
| | 03/26/04 | 100 | 8.0000 | 800.00 | 03/30/04 | 100 | 6.9900 | 699.00 | | | (101.00) |
| | 03/26/04 | 100 | 8.0000 | 800.00 | 03/30/04 | 100 | 6.9900 | 699.00 | | | (101.00) |
| | 03/26/04 | 100 | 8.0000 | 800.00 | 03/30/04 | 100 | 6.9900 | 699.00 | | | (101.00) |
| | 03/26/04 | 400 | 8.0000 | 3,200.00 | 03/30/04 | 400 | 7.3500 | 2,940.00 | | | (260.00) |
| | 03/26/04 | 400 | 8.0000 | 3,200.00 | 03/30/04 | 400 | 7.3500 | 2,940.00 | | | (260.00) |
| | 03/26/04 | 200 | 8.0000 | 1,600.00 | 03/30/04 | 200 | 7.3500 | 1,470.00 | | | (130.00) |
| | 03/26/04 | 300 | 7.8000 | 2,340.00 | 03/30/04 | 300 | 7.3500 | 2,205.00 | | | (135.00) |
| | 03/26/04 | 200 | 7.8000 | 1,560.00 | 03/30/04 | 200 | 7.3500 | 1,470.00 | | | (90.00) |
| | 03/26/04 | 300 | 7.8100 | 2,343.00 | 03/30/04 | 300 | 7.3500 | 2,205.00 | | | (138.00) |
| | 03/26/04 | 200 | 7.8100 | 1,562.00 | 03/30/04 | 200 | 7.3500 | 1,470.00 | | | (92.00) |
| | 03/26/04 | 200 | 7.7900 | 1,558.00 | 03/30/04 | 200 | 7.4500 | 1,490.00 | | | (68.00) |

(a) Sales have been applied to purchases on a FIFO basis.
(b) Shares held through the date of this filing have been valued using an average closing price.
(c) Settlement date was provided on certification. Actual trade took place on 03/05/04.

Class Period: 12/11/03 - 03/31/04

VASO ACTIVE PHARMAECUTICALS, INC. (NASDAQ: VAPH.PK)

Hold price: $0.7400

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (a) | | | | SHARES HELD | ESTIMATED VALUE (b) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 03/26/04 | 100 | 7.8100 | 781.00 | 03/30/04 | 100 | 7.4500 | 745.00 | | | (36.00) |
| | 03/26/04 | 100 | 7.8100 | 781.00 | 03/30/04 | 100 | 7.4500 | 745.00 | | | (36.00) |
| | 03/26/04 | 100 | 7.8100 | 781.00 | 03/30/04 | 100 | 7.4500 | 745.00 | | | (36.00) |
| | 03/26/04 | 100 | 7.8100 | 781.00 | 03/30/04 | 100 | 7.4500 | 745.00 | | | (36.00) |
| | 03/26/04 | 1,400 | 7.8100 | 10,934.00 | 03/30/04 | 1,400 | 7.4500 | 10,430.00 | | | (504.00) |
| | 03/26/04 | 500 | 7.7300 | 3,865.00 | 03/31/04 | 500 | 7.8500 | 3,925.00 | | | 60.00 |
| | 03/26/04 | 500 | 7.7300 | 3,865.00 | 03/31/04 | 500 | 7.8500 | 3,925.00 | | | 60.00 |
| | 03/26/04 | 400 | 7.7300 | 3,092.00 | 03/31/04 | 400 | 7.8500 | 3,140.00 | | | 48.00 |
| | 03/26/04 | 100 | 7.7300 | 773.00 | 03/31/04 | 100 | 7.8500 | 785.00 | | | 12.00 |
| **Bauer, Derek Totals** | | **28,900** | | **370,013.67** | | **28,900** | | **346,003.10** | | | **(24,010.57)** |
| Hellrigl, Maria | 03/02/04 | 100 | 33.5900 | 3,359.00 | | | | | 100 | 74.00 | (3,285.00) |
| | 03/03/04 | 500 | 41.6100 | 20,805.00 | | | | | 500 | 370.00 | (20,435.00) |
| **Hellrigl, Maria Totals** | | **600** | | **24,164.00** | | | | | **600** | **444.00** | **(23,720.00)** |
| Tarazona, Hector | 3/10/04 (c) | 650 | 38.5900 | 25,083.50 | 04/22/04 | 1,500 | 0.9500 | 1,425.00 | (850) | (629.00) | (24,287.50) |
| split | 03/08/04 | 1,300 | 0.0000 | | | | | | 1,300 | 962.00 | 962.00 |
| **Tarazona, Hector Totals** | | **1,950** | | **25,083.50** | | **1,500** | | **1,425.00** | **450** | **333.00** | **(23,325.50)** |
| **Total Movants** | | | | | | | | | | | **(196,323.97)** |

(a) Sales have been applied to purchases on a FIFO basis.
(b) Shares held through the date of this filing have been valued using an average closing price.
(c) Settlement date was provided on certification. Actual trade took place on 03/05/04.