**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Consolidated Case No.: 04-10708 (RCL) |

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

Having considered the motion of Luz Merturi, Brenda Reinemund on behalf of Glen Reinemund, Derek Bauer, Maria Pia Hellrigl, and Hector Tarazona (collectively, the "Merturi Group" or "Movants"), and good cause appearing therefore, the Court orders as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

3.    The Merturi Group is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii).

4.    The Merturi Group's selection of Milberg Weiss Bershad & Schulman LLP as Lead Counsel, and Moulton & Gans, P.C. as Liaison Counsel is hereby approved, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2004        _____
                                                            United States District Court Judge