UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) Consolidated Case No.  04-10708-RCL ) |

MOTION TO BE APPOINTED LEAD PLAINTIFFS
AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION
OF LEAD COUNSEL AND LIAISON COUNSEL

Class members Edwin Choi, Richard Ching and Joe Huback (the "Choi Group") by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing the Choi Group as lead plaintiffs; (ii) approving the Choi Group's selection of the law firm of Schiffrin & Barroway, LLP to serve as lead counsel; (iii) approving the Choi Group's selection of the law firm of Shapiro Haber & Urmy, LLP to serve as liaison counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Choi Group submits herewith a memorandum of law and declaration of Darren J. Check.

Dated: June 7, 2004.

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/Theodore M. Hess-Mahan
Thomas G. Shapiro (BBO# 454680)
Theodore M. Hess-Mahan (BBO# 557109)
53 State Street
Boston, MA 02109
Telephone:     (617) 439-3939
Facsimile:      (617) 439-0134

**Proposed Liaison Counsel**

                    **SCHIFFRIN & BARROWAY, LLP**
                    Stuart L. Berman
                    Darren J. Check
                    Sean M. Handler
                    Three Bala Plaza East, Suite 400
                    Bala Cynwyd, PA  19004
                    Telephone:    (610) 667-7706
                    Facsimile:    (610) 667-7056

                    **Proposed Lead Counsel**

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

     I hereby certify that the parties' counsel have conferred in a good faith attempt to narrow or resolve the issues raised in this motion.  Defendants take no position on this motion at this time.

                    /s/Theodore M. Hess-Mahan
                    Theodore M. Hess-Mahan