UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
                                                           )
IN RE VASO ACTIVE PHARMACEUTICALS                          )
SECURITIES LITIGATION                                      )   Civil Docket for Case No.:
                                                           )   1:04-CV-10708-RCL
                                                           )
                                                           )   Judge Reginald C. Lindsay
                                                           )
                                                           )
---------------------------------------------------------- x

DECLARATION OF CHRISTOPHER KELLER IN SUPPORT OF THE MOTION OF
MICHAEL BERTELETTI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

CHRISTOPHER KELLER hereby declares as follows:

1. I am an attorney with the law firm of Goodkind Labaton Rudoff & Sucharow LLP, counsel for Michael Berteletti ("Movant" or "Berteletti").

2. I respectfully submit this declaration in support of Movant's motion for his appointment as Lead Plaintiff and approval of the selection of the firm of Goodkind Labaton Rudoff & Sucharow LLP as Lead Counsel.

3. Annexed hereto as Exhibit A is a true and correct copy of the Certification of Michael Berteletti.

4. Annexed hereto as Exhibit B is a true and correct copy of the April 8, 2004 notice of filing a class action against Vaso Active Pharmaceuticals, Inc.

5. Annexed hereto as Exhibit C is a true and correct copy of the firm resume of Goodkind Labaton Rudoff & Sucharow LLP.

I declare, under penalty of perjury, this 7th of June, 2004.

Christopher J. Keller