## **CERTIFICATION**

I, Michael Bertoletti, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed a c prepared against Vaso Active Pharmaceuticals, Inc. ("Vaso Active") alleging violati federal securities laws and I authorized the filing of this complaint;
2. I did not purchase securities of Vaso Active at the direction of counsel or in order to any private action under the federal securities laws;
3. I am willing to serve as a lead plaintiff in this matter, including providing testimony and trial, if necessary;
4. I have transactions in the securities of Vaso Active as reflected in Exhibit A hereto;
5. I have not sought to serve as a lead plaintiff in any class action under the federal sec during the last three years, except for the following:

Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead behalf of the class, except the reimbursement of such reasonable costs and expenses (inclu wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing correct.

Dated: 5/18/04

*[signature]*

**EXHIBIT A**

**Micheal Berteletti**
Transactions in Vaso Active Pharmacueticals

| Transaction | Date | Amount | Price per share |
|---|---|---|---|
| Purchase | 3/15/2004 | 10,000 | $7.78 |
| Sale | 4/30/2004 | -10,000 | $0.60 |