

4/8/04 BWIRE 16:53:00                                                    Page 1

4/8/04 Bus. Wire 16:53:00

                         Business Wire
                c) 2004  Business Wire. All Rights Reserved.

                        Thursday, April 8, 2004

   Milberg Weiss Files Class Action Suit against Vaso Active Pharmaceuticals, Inc.

SAN DIEGO - (BUSINESS WIRE) - April 8, 2004 - Milberg Weiss ( http://
www.milberg.com/cases/vaso/) today announced that a class action has been commenced
in the United States District Court for the District of Massachusetts on behalf of
purchasers of Vaso Active Pharmaceuticals, Inc. ("Vaso Active") (NASDAQ:VAPH) common
stock during the period between December 11, 2003 and March 31, 2004 (the "Class
Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60
days from today. If you wish to discuss this action or have any questions concerning
this notice or your rights or interests, please contact plaintiff's counsel, William
Lerach or Darren Robbins of Milberg Weiss at 800/449-4900 or via e-mail at
wsl@mwbhl.com. If you are a member of this class, you can view a copy of the
complaint as filed or join this class action online at  http://
www.milberg.com/cases/vaso/. Any member of the purported class may move the Court to
serve as lead plaintiff through counsel of their choice, or may choose to do nothing
and remain an absent class member.

The complaint charges Vaso Active and certain of its officers and directors with
violations of the Securities Exchange Act of 1934. Vaso Active's principal activity
is to develop, manufacture and market pharmaceutical products. The Company focuses
on vaso active lipid encapsulated, or VALE, transdermal delivery technology drugs.

The complaint alleges that during the Class Period, defendants issued false and
misleading statements regarding Vaso Active's key products. The true facts, which
were known by each of the defendants but actively concealed from the investing
public during the Class Period, were as follows: (a) the Company's claims that its
"clinical trial" for its deFEET product was "supervised by independent physicians
and analyzed by the New England Medical Center in Boston" Massachusetts was grossly
misleading in that: (i) the New England Medical Center had nothing to do with the
study associated with the "clinical trial"; (ii) the New England Medical Center was
unable to draw any conclusions concerning the effectiveness of the product and
played no role in selecting the patients and gathering evidence; and (iii) the trial
was not supervised by "independent physicians"; (b) the Company's so-called
"clinical trial" was not new or revolutionary but rather more than half a decade
old; (c) the American Association of Medical Foot Specialists and its so-called
"endorsement" of the Company's deFEET product was of little, if any, value; and (d)
contrary to defendants' claim that there was significant demand for the Company's
stock at an "institutional level," there was little, if any, institutional demand
for the Company's shares.

On April 1, 2004, SEC regulators halted trading of Vaso Active stock due to
questions about the accuracy of assertions made in the Company's press releases,
annual report, registration statement and public statements to investors regarding
FDA approval of certain of its products.

Plaintiff seeks to recover damages on behalf of all purchasers of Vaso Active common
stock during the Class Period (the "Class"). The plaintiff is represented by Milberg
Weiss Bershad Hynes & Lerach LLP, who has expertise in prosecuting investor class
actions and extensive experience in actions involving financial fraud.

Milberg Weiss Bershad Hynes & Lerach LLP, a 190-lawyer firm with offices in New
York, San Diego, San Francisco, Los Angeles, Boca Raton, Seattle and Philadelphia,

           Copr. ©  West 2004 No Claim to Orig. U.S. Govt. Works

is active in major litigations pending in federal and state courts throughout the United States. Milberg Weiss has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of World War II and other human rights violations, and has been responsible for more than $30 billion in aggregate recoveries. The Milberg Weiss website ( http://www.milberg.com) has more information about the firm.

 Milberg Weiss Bershad Hynes & Lerach LLP William Lerach, 800-449-4900 wsl @milberg.com

---- INDEX REFERENCES ----

NEWS SUBJECT:       (Legal/Judicial (C12); Corporate/Industrial News (CCAT))

INDUSTRY:           (Pharmaceuticals (I257))

REGION:             (North American Countries (NAMZ); United States (USA))

Language:   EN

OTHER INDEXING:    Lawsuit; Massachusetts; California; North; America; United; States; Legal; Professional; Services; Pharmaceutical; Health; Release; MILBERG-WEISS

Word Count: 674

4/8/04 BWIRE 16:53:00

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works