UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) Civil Docket for Case No.: 1:04-CV-10708-RCL<br><br>Judge Reginald C. Lindsay |

[PROPOSED] ORDER APPOINTING MICHAEL BERTELETTI AS LEAD PLAINTIFF AND APPROVING PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Upon consideration of the motion of Michael Berteletti ("Movant" or "Berteletti") for appointment as Lead Plaintiff and approval of his selection of Lead Counsel, the Memorandum of Law, and the Declaration of Christopher Keller in support thereof, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Motion of Berteletti is GRANTED;

2. Mr. Berteletti is APPOINTED to serve as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B); and

3. The selection of counsel by Mr. Berteletti is APPROVED and the Law Firm of Goodkind Labaton Rudoff & Sucharow LLP is hereby APPOINTED as Lead Counsel.

This __ day of _____, 2004.

_____
Judge Reginald C. Lindsay
United States District Judge