UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Vaso Active Pharmaceuticals Securities Litigation | ) ) ) Civil Action No. 04-10708-RCL ) ) |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2) FOR MOTION OF VASO ACTIVE PLAINTIFF GROUP FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL

Undersigned counsel certify that they have conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues raised by this motion with the following results: defendants' counsel informed counsel for movants that defendants take no position with respect to this motion.

DATED: June 9, 2004

Respectfully submitted by:

GILMAN AND PASTOR, LLP

_____/s/ David Pastor_____
David Pastor, BBO#: 391000
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
781-231-7850
Fax: 781-231-7840

David R. Scott
Erin Green Comite
SCOTT + SCOTT, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT
860-537-5537
Fax: 860-537-4432

{00002700.DOC ; 1}

and

Arthur L. Shingler, III
SCOTT + SCOTT, LLC
401 B Street, Suite 307
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508

{00002700.DOC ; 1}

2