UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE VASO ACTIVE PHARMACEUTICALS
SECURITIES LITIGATION

Civil Action No. 04-10708-RCL

FILED
CLERKS OFFICE
2004 JUN -7  A 11: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

### MOTION OF PLAINTIFF DAVID B. BRODY, AS CO-TRUSTEE OF THE BRODY FAMILY REVOCABLE TRUST, FOR APPOINTMENT OF LEAD PLAINTIFF, LEAD COUNSEL AND LIAISON COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), plaintiff David B. Brody, as Co-Trustee of the Brody Family Revocable Trust ("Brody"), will move this Court, at a time and place to be determined later, for an Order:

(1) appointing Brody as Lead Plaintiff in the above captioned Consolidated Action under Section 21D(a)(3)(B) of the PSLRA; and

(2) approving Brody's selection of Zwerling, Schachter & Zwerling, LLP as Lead Counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel.

This motion is supported by the accompanying Memorandum of Law in Support of Motion of Plaintiff David B. Brody, as Co-Trustee of the Brody Family Revocable Trust, for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel; the Affidavit of Richard Speirs in Support of Motion of Plaintiff David B. Brody, as Co-Trustee of the Brody Family Revocable Trust, for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel, together with the exhibits attached thereto; the [Proposed] Order Appointing Plaintiff David B. Brody, as

Co-Trustee of the Brody Family Revocable Trust, Lead Plaintiff and Approving Lead Plaintiff's Choice of Lead Counsel and Liaison Counsel; all of the prior pleadings and proceedings had herein and such other written and/or oral argument as may be presented to the Court.

Dated: June 7, 2004

Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

*[signature]*

Jeffrey C. Block, BBO#600747
Michael T. Matraia, BBO#633049
N. Nancy Ghabai, BBO#645050
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

*Proposed Liaison Counsel for the Class*

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Richard A. Speirs
Stephen L. Brodsky
Shaye J. Fuchs
845 Third Avenue
New York, NY 10022
Phone: (212) 223-3900
Fax: (212) 371-5969

*Proposed Lead Counsel for the Class*

## BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

ATTORNEYS AT LAW
ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194
WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

FILED
IN CLERKS OFFICE
2004 JUN -7 A 11: 54
DISTRICT COURT
DISTRICT OF MASS.

425 CALIFORNIA STREET, SUITE 2100
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

515 NORTH FLAGLER DRIVE, SUITE 1701
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

June 7, 2004
**BY HAND DELIVERY**

Clerk of the Court
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, MA  02210

    Re:    <u>**In re Vaso Active Pharmaceuticals, Inc.**</u>
           **04-CV-10708-RCL**

Dear Sir/Madam:

Enclosed for filing please find the following documents:

(1) Motion of Plaintiff David B. Brody, as Co-Trustee of The Brody Family Revocable Trust, for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel;

(2) Memorandum of Law in Support of Motion of Plaintiff David B. Brody, as Co-Trustee of The Brody Family Revocable Trust, for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel;

(3) Affidavit of Richard A. Speirs in Support of Motion of David B. Brody, as Co-Trustee of The Brody Family Revocable Trust, for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel;

(4) [Proposed] Order Appointing Plaintiff David B. Brody, as Co-Trustee of The Brody Family Revocable Trust, Lead Plaintiff and Approving Lead Plaintiff's Choice of Lead Counsel and Liaison Counsel; and

(5) Certificate of Service.

### BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Clerk of the Court
June 7, 2004
Page 2 of 2

      Please date stamp the enclosed copies and return them to the messenger. Thank you for your attention to this matter. Please contact me if you have any questions or require additional information.

                              Very truly yours,

                              N. Nancy Ghabai

Enclosures


cc:    Richard A. Speirs, Esq.
        Stephen L. Brodsky, Esq.
        Shaye J. Fuchs, Esq.