UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 P 3: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE VASO ACTIVE PHARMACEUTICALS
SECURITIES LITIGATION

Civil Action No. 04-10708-RCL

### RULE 7.1(a) CERTIFICATION

I, N. Nancy Ghabai, Esq., hereby certify that I conferred with Colleen Dunham Henschke, Esq., counsel for defendants Vaso Active Pharmaceutical, Inc., John J. Masiz and Joseph Frattaroli regarding the filing of the Motion of Plaintiff David B. Brody, as Co-Trustee of the Brody Family Revocable Trust, for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel. The filing of this motion is required by statue. Counsel for defendants advised that they take no position with regard to the filing of this motion.

N. Nancy Ghabai

CERTIFICATE OF SERVICE
I hereby certify that on 6/8/04 a true copy of the above document was served by mail/by hand upon the attorney of record for each other party per the attached service list.