UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                        )
                                        )
IN RE                                   )          Civil Docket for Case No.
VASO ACTIVE PHARMACEUTICALS,            )          1:04-CV-10708-RCL
SECURITIES LITIGATION                   )
                                        )
_____ )

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2) RE: THE ALIPOUR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that my co-counsel

conferred with Colleen Dunham Henschke, Esq. and Kay Lee, Esq., counsel for defendants, in a

good faith attempt to narrow or resolve the issues raised in The Alipour Group's Motion for

Consolidation, appointment as Lead Plaintiff and For Approval of Selection of Lead Counsel,

filed on June 7, 2004.  Counsel for defendants take no position on said Motion..

Dated: June 11, 2004                    /s/ Alan L. Kovacs_____
                                        Alan L. Kovacs (BBO No. 278240)
                                        **LAW OFFICE OF ALAN L. KOVACS**
                                        2001 Beacon Street, Suite 106
                                        Boston, MA 02135
                                        Phone: (617) 964-1177
                                        Fax: (617) 332-1223

### CERTIFICATE OF SERVICE

I, Alan L. Kovacs, hereby certify that a true copy of the above document was served upon the
attorney of record for each party by facsimile or first class mail this  11th  day of June, 2004


                                        /s/ Alan L. Kovacs_____
                                        Alan L. Kovacs