UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8  A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DEAN DUMMER, DENNIS E. SMITH, MODHI GUDE, ARJI GAUTHAMI, CHRISTOPHER PEPIN, KOUROSH ALIPOR, IRA A. TURRET SEP-IRA DATED 01/24/02, PAUL BOSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10708 RCL |
| RICHARD SHAPIRO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10720 NG |
| CHRISTOPHER PEPIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10763 RCL |

[captions continued on the following page]

**DECLARATION OF FRED T. ISQUITH IN SUPPORT OF MOTION OF BRUCE A. YUNGMAN AND RONNIE YOUNG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| MODHI GUDE, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                  Defendants. | Civil Action No.: 04-cv-10789 RCL |
| JOSEPH ROSENKRANTZ, Derivatively on behalf of Vaso Active Pharmaceuticals,<br><br>                                  Plaintiff,<br>vs.<br><br>BIOCHEMICS, INC. WILLIAM P. ADAMS, ROBERT E. ANDERSON, STEPHEN G. CARTER, GARY FROMM, JOHN J.MASIZ, KEVIN J. SEIFERT, BRUCE A. SHEAR, BRIAN STRASNICK, VASO ACTIVE PHARMACEUTICALS, INC.<br><br>                                  Defendants. | Civil Action No.: 04-cv-10792 RCL |
| KIM & JOSEPH BENEDETTO, Individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ and JOSEPH FRATTAROLI,<br><br>                                  Defendants. | Civil Action No.: 04-cv-10763 RCL |
| [Captions continued on the following page] | |

| | |
|---|---|
| DEAN DUMMER, individually and on behalf of all others similarly situated,<br><br>                                         Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                         Defendants. | Civil Action No.: 04-cv-10819 NG |
| EDWARD A. TOVREA, Individually and on behalf of all others similarly situated,<br><br>                                         Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                         Defendants. | Civil Action No.: 04-cv-10851 RCL |
| KOUROSH ALIPOR, on behalf of himself and all others similarly situated,<br><br>                                         Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                         Defendants. | Civil Action No.: 04-cv-10877 RCL |
| [captions continued on the following page] | |

| | |
|---|---|
| PAUL BOSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ and JOSEPH FRATTAROLI<br><br>Defendants. | Civil Action No.: 04-cv-10948 RCL |
| IRA A. TURRET SEP-IRA DATED 01/24/02, PAUL BOSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10980 RCL |
| JAMES KARANFILIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10877 RCL |

**DECLARATION OF FRED T. ISQUITH IN SUPPORT OF MOTION OF BRUCE A. YUNGMAN AND RONNIE YOUNG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Fred T. Isquith, Esq. duly declares as follows:

1. I am a member of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP and admitted to practice law before the Courts of New York and within this judicial district. I am counsel to Bruce A. Yungman and Ronnie Young (the "Proposed Lead Plaintiffs" or "Movants") and submit this declaration in support of their motion for appointment as lead plaintiffs and approval of their selection of lead counsel.

2. Attached hereto as Exhibit A are true and correct copies of the signed certifications of class members Bruce A. Yungman and Ronnie Young pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). See 15 U.S.C. § 78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions, published on April 8, 2004, on BusinessWire, advising the public of the pendency of a class action filed on behalf of Vaso Active Pharmaceuticals, Inc. investors ("Vaso Active").

4. Attached hereto as Exhibit C is a true and correct copy of a chart of Movants' transactions in Vaso Active securities during the relevant Class Period and their approximate losses.

5. Attached hereto as Exhibit D is a true and correct copy of the Wolf Haldenstein Adler Freeman & Herz LLP firm biography.

Dated: June 7, 2004
New York, New York

_____
Fred T. Isquith, Esq.

364854