UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -8  A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DEAN DUMMER, DENNIS E. SMITH, MODHI GUDE, ARJI GAUTHAMI, CHRISTOPHER PEPIN, KOUROSH ALIPOR, IRA A. TURRET SEP-IRA DATED 01/24/02, PAUL BOSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10708 RCL |
| RICHARD SHAPIRO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10720 NG |
| CHRISTOPHER PEPIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10763 RCL |

[captions continued on the following page]

**DECLARATION OF SERVICE**

| | |
|---|---|
| MODHI GUDE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>           Defendants. | Civil Action No.: 04-cv-10789 RCL |
| JOSEPH ROSENKRANTZ, Derivatively on behalf of Vaso Active Pharmaceuticals,<br><br>           Plaintiff,<br>vs.<br><br>BIOCHEMICS, INC. WILLIAM P. ADAMS, ROBERT E. ANDERSON, STEPHEN G. CARTER, GARY FROMM, JOHN J.MASIZ, KEVIN J. SEIFERT, BRUCE A. SHEAR, BRIAN STRASNICK, VASO ACTIVE PHARMACEUTICALS, INC.<br><br>           Defendants. | Civil Action No.: 04-cv-10792 RCL |
| KIM & JOSEPH BENEDETTO, Individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ and JOSEPH FRATTAROLI,<br><br>           Defendants. | Civil Action No.: 04-cv-10763 RCL |

[Captions continued on the following page]

| | |
|---|---|
| DEAN DUMMER, individually and on behalf of all others similarly situated,<br><br>                                            Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                            Defendants. | Civil Action No.: 04-cv-10819 NG |
| EDWARD A. TOVREA, Individually and on behalf of all others similarly situated,<br><br>                                            Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                            Defendants. | Civil Action No.: 04-cv-10851 RCL |
| KOUROSH ALIPOR, on behalf of himself and all others similarly situated,<br><br>                                            Plaintiff,<br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>                                            Defendants. | Civil Action No.: 04-cv-10877 RCL |

[captions continued on the following page]

| | |
|---|---|
| PAUL BOSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ and JOSEPH FRATTAROLI<br><br>Defendants. | Civil Action No.: 04-cv-10948 RCL |
| IRA A. TURRET SEP-IRA DATED 01/24/02, PAUL BOSTROM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10980 RCL |
| JAMES KARANFILIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI and STEPHEN G. CARTER,<br><br>Defendants. | Civil Action No.: 04-cv-10877 RCL |

## DECLARATION OF SERVICE

Fred T. Isquith, Esq., an attorney admitted to practice law before the courts of the State of New York and counsel to plaintiffs, Bruce A. Yungman and Ronnie Young, hereby declares that on June 7, 2004, I caused to be served by regular mail the following documents:

1. *Motion of Bruce A. Yungman and Ronnie Young to Consolidate Actions, To Be Appointed Lead Plaintiffs, and For Approval of Lead Plaintiffs' Selection of Lead Counsel,* together with a *[Proposed] Order,* annexed thereto as Exhibit A;

2. *Memorandum of Law In Support of Motion of Bruce A. Yungman and Ronnie Young to Consolidate Actions, To Be Appointed Lead Plaintiffs, and For Approval of Lead Plaintiffs' Selection of Lead Counsel;* and

3. *Declaration of Fred T. Isquith, Esq. In Support of Motion of Bruce A. Yungman and Ronnie Young to Consolidate Actions, To Be Appointed Lead Plaintiffs, and For Approval of Lead Plaintiffs' Selection of Lead Counsel,* together with exhibits, on all persons listed on the attached service list.

Dated: June 7, 2004
      New York, New York

_____
Fred T. Isquith, Esq.,

364855

# SERVICE LIST

**BY FIRST CLASS MAIL**

**Gilman and Pastor, LLP**
Ed Manchur, Esq.
David Pastor, Esq.
Peter A. Lagorio, Esq.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

**Law Offices of Bruce G. Murphy**
Bruce G. Murphy, Esq.
265 Llwyds Lane
Vero Beach, Florida 32963

**Shapiro Haber & Urmy LLP**
Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Matthew L. Tuccillo, Esq.
53 State Street
Boston, Massachusetts 02108

**Milberg Weiss Bershad Hynes & Lerach LLP**
Cori Sweat, Esq.
401 B Street, Suite 1700
San Diego, CA 92101

**Hale and Dorr, LLP**
Jeffrey B. Rudman, Esq.
Andrea J. Robinson, Esq.
Lisa M. Cameron, Esq.
60 State Street
Boston, MA 02109

**Abbey Gardy & Squitieri**
Nancy Kaboolian, Esq.
212 East 39th Street
New York, NY 10016

**Chitwood & Harley**
Martin D. Chitwood, Esq.
Lauren Antonino, Esq.
2900 Promenade II
1230 Peachtree Suite NE
Atlanta, GA 30309

**Abbey & Ellis**
Mark C. Gardy, Esq.
212 East 39th Street
New York, NY 10016

**Zwerling, Schachter &Zwerling, LLP**
Shaye J. Fuchs, Esq.
Richard A. Speirs, Esq.
885 Third Avenue
New York, NY 10022

**Berman DeValerio Pease Tabacco Burt & Pucillo**
Michael T. Matraia, Esq.
Nazanin N. Ghabai, Esq.
Jeffrey C Block, Esq.
One Liberty Square
8th Floor
Boston, MA 02109

**Law Office of Alan L. Kovacs**
Alan L. Kovacs, Esq.
2001 Beacon Street
Suite 106
Boston, MA 02135
617-964-1177

**Lerach Coughlin Stoia & Robbins LLP**
William S. Lerach
Darren J. Robbins, Esq.
401 B Street
Suite 1700
San Diego, CA 92101

**Milberg Weiss Bershad & Schulman**
Steven G. Schulman
Sharon M. Lee
Peter E. Seidman
Andrei V. Rado
One Pennsylvania Plaza
49th Floor
New York, NY 10119

**Law Offices of Charles J. Piven, P.A**
Charles J. Piven
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

**Scott & Scott LLC**
David Randell Scott
108 Norwich Ave
P.O. Box 192
Colchester, CT 06415

**Moulton & Gans, PC**
Nancy F. Gans
33 Broad Street
Suite 1100
Boston, MA 02109

**Segal, Roitman & Coleman**
Mary T. Sullivan
11 Beacon Street
Boston, MA 02108

**Rabin, Murray, & Frank LLP**
Eric J. Belfi
275 Madison Ave.
New York City, NY 10016

**Murray, Frank & Sailer LLP**
Gregory Linkh
275 Madison Avenue, Suite 801
New York, NY 10016

**Law Offices of Lionel Z. Glancy**
Michael Goldberg
1801 Avenue of the Stars #308
Los Angeles, CA 90067

**Brodsky & Smith LLC**
Evan J. Smith
Two Bala Plaza
Bala Cynwyd,, PA 19004

364884