FILING FEE PAID:
RECEIPT # 36550
AMOUNT $ 150.00
BY DPTY CLK
DATE 6/15/04

SCANNED
DATE:
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14  P 4: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
IN RE VASO ACTIVE PHARMACEUTICALS )
SECURITIES LITIGATION )    1:04-cv-10708-RCL
)
_____)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Darren J. Check, Sean M. Handler and Stuart L. Berman, Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, PA 19004, to appear on behalf of Plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.  Mr. Check was admitted to the bar of the Commonwealth of Pennsylvania and the State of New Jersey in 2000. He has also been admitted to practice in the United States District Courts as of the years indicated: District of New Jersey (2000); Eastern District of Pennsylvania (2003); and District of Colorado (2003).

2.  There are no disciplinary proceedings pending against Mr. Check as a member of the bar in any jurisdiction.

3.  Mr. Check has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Mr. Check has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

5.  Mr. Handler was admitted to the bar of the Commonwealth of Pennsylvania in 2000. He has also been admitted to practice in the United States District Courts for the

following districts as of the years indicated: Eastern District of Pennsylvania (2002) and District of Colorado (2003).

6. There are no disciplinary proceedings pending against Mr. Handler as a member of the bar in any jurisdiction.

7. Mr. Handler has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. In further support of this motion, Mr. Handler has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

9. Mr. Berman was admitted to the bar of the Commonwealth of Pennsylvania and of the State of New Jersey in 1991. He has also been admitted to practice in the United States District Courts for the following districts as of the years indicated: Eastern District of Pennsylvania (1993) and District of Colorado (2003).

10. There are no disciplinary proceedings pending against Mr. Berman as a member of the bar in any jurisdiction.

11. Mr. Berman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

12. In further support of this motion, Mr. Berman has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Mr. Check, Mr. Handler and Mr. Berman be admitted to practice before this Court *pro hac vice*.

Dated: June 14, 2004

Respectfully submitted,

*Theodore Hess-Mahan*

Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record by mail-hand-fax on June 14, 2004.

*Theodore Hess-Mahan*
Theodore M. Hess-Mahan