## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Sean M. Handler, hereby certify that:

1. I was admitted to the bars of the Commonwealth of Pennsylvania in 2000, the U.S. District Court for the Eastern District of Pennsylvania in 2002, and the U.S. District Court for the District of Colorado in 2003.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

   Sean M. Handler
   Schiffrin & Barroway, LLP
   Three Bala Plaza East, Suite 400
   Bala Cynwyd, PA 19004
   Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
   E-Mail: shandler@sbclasslaw.com

_____
SEAN M. HANDLER

Dated: 6/9/04