## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Stuart L. Berman, hereby certify that:

1. I was admitted to the bars of the Commonwealth of Pennsylvania in 1991, the State of New Jersey in 1991, the U.S. District Court for the Eastern District of Pennsylvania in 1993, and the U.S. District Court for the District of Colorado in 2003.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

    Stuart L. Berman
    Schiffrin & Barroway, LLP
    Three Bala Plaza East, Suite 400
    Bala Cynwyd, PA 19004
    Telephone:  (610) 667-7706
    Facsimile:  (610) 667-7056
    E-Mail:  sberman@sbclasslaw.com

_____
STUART L. BERMAN

Dated: 6/9/04