UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Civil Action No. 04-10708-RCL |

## MOTION TO ADMIT KAREN HANSON RIEBEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, N. Nancy Ghabai, hereby moves that this Court enter an Order granting leave to Karen Hanson Riebel of the law firm of Lockridge Grindal Nauen P.L.L.P. to appear on behalf of plaintiff Charles Robinson and practice before this Court in the above-captioned consolidated action.

As grounds for this motion, the undersigned represents the following:

1.  Ms. Riebel is a member of the bar of the State of Minnesota (1992) and the United States District Court, District of Minnesota (1992).

2.  Ms. Riebel is a member of the bar in good standing in every jurisdiction where she has been admitted to practice

3.  There are no disciplinary proceedings pending against Ms. Riebel as a member of the bar in any jurisdiction.

4.  Ms. Riebel has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  In further support of this motion, Ms. Riebel has submitted herewith her Certification For Admission Pro Hac Vice as required by Local Rule 83.5.3.  *See* Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Ms. Riebel be admitted to practice before this Court *pro hac vice*.

Dated: June 17, 2004

Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

/s/ N. Nancy Ghabai
Jeffrey C. Block, BBO#600747
Michael T. Matraia, BBO#633049
N. Nancy Ghabai, BBO#645050
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Richard A. Speirs
Stephen L. Brodsky
Shaye J. Fuchs
845 Third Avenue
New York, NY 10022
Phone: (212) 223-3900
Fax: (212) 371-5969

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Karen H. Reibel
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party (by mail) (by hand) on 6-17-04
/s/ Sandra Mellon

## RULE 7.1 CERTIFICATION

    I, N. Nancy Ghabai, Esq., certify that on June 17, 2004 I conferred with Colleen Dunham Henschke, Esq., counsel for defendants Vaso Active Pharmaceutical, Inc., John J. Masiz and Joseph Frattaroli regarding the filing of this motion. Counsel for defendants takes no position with regard to this motion.

/s/ Nancy Ghabai
N. Nancy Ghabai