UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE VASO ACTIVE PHARMACEUTICALS
SECURITIES LITIGATION

Civil Action No. 04-10708-RCL

**CERTIFICATION OF KAREN HANSON RIEBEL FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Karen Hanson Riebel, hereby certify that:

1. I am a partner of the law firm of Lockridge Grindal Nauen P.L.L.P., which has offices located at 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401. I was admitted to the bar of the of the State of Minnesota in 1992 and the United States District Court, District of Minnesota in 1992.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address and telephone number are as follows:

Karen Riebel Hanson
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2004            /s/ Karen Hanson Riebel
                                     Karen Hanson Riebel

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party (by mail)(by hand) on 6-17-04.

/s/ Sandra Mellon