SCANNED
DATE: _____
BY: _____

FILED
IN CLERKS OFFICE

2004 JUN 15  A 9:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Master Docket No. 04-10708-RCL |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | AFFIDAVIT OF RAMZI ABADOU IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

Ramzi Abadou, deposes and says as follows:

1. I am associated with the law firm of Lerach Coughlin Stoia & Robbins LLP, with an office located at:

> Lerach Coughlin Stoia & Robbins LLP
> 401 B Street, Suite 1700
> San Diego, CA 92101
> 619/231-1058
> 619/231-7423 (Facsimile)
> ramzia@lcsr.com

2. I am a member in good standing of the bars of the following courts: United States District Court for the Northern District of California (2003); United States District Court for the Southern District of California (2002); and United States District Court for the Central District of California (2002). A certificate of good standing from the State Bar of California is attached hereto.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: June 4, 2004

_____
RAMZI ABADOU

State of California    )
                       ) ss.
County of San Diego    )

Subscribed and sworn to before me on this 4th day of June, 2004.

_____
NOTARY PUBLIC

[Notary stamp: DEBORAH D. HAYES, Commission # 1438936, Notary Public - California, San Diego County, My Comm. Expires Oct 9, 2007]

- 1 -

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 3, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAMZI ABADOU was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Senior Administrative Supervisor