FILED
IN CLERKS OFFICE

2004 JUN 15  A 9: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION ) ) ) | Master Docket No. 04-10708-RCL CLASS ACTION |
| This Document Relates To:   ALL ACTIONS. ) ) ) ) ) | NOTICE OF MOTION AND MOTION TO ADMIT AZRA Z. MEHDI *PRO HAC VICE* |

FILING FEE PAID:
RECEIPT # 56520
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 6/15/04

PLEASE TAKE NOTICE that, upon the annexed affidavit of movant in support of this motion and annexed hereto, John E. DeWick will move this Court before the Honorable Reginald C. Lindsay at the United States Courthouse for the District of Massachusetts, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts for an Order allowing the admission of Azra Z. Mehdi, a member of the firm of Lerach Coughlin Stoia & Robbins LLP and a member in good standing of the bar of the State of California and the Northern, Southern and Central Districts of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against applicant in any state or federal court.

DATED: June 14, 2004

Respectfully Submitted,

MELICK, PORTER & SHEA, LLP
RICHARD J. SHEA, BBO #456310
JOHN E. DeWICK, BBO #654723

_____
JOHN E. DeWICK

28 State Street
Boston, MA 02109
Telephone: 617/523-6200
617/523-8130 (fax)

Liaison Counsel for Plaintiff Dennis E. Smith

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5. 6/15/04

- 1 -

- 2 -

LERACH COUGHLIN STOIA
  & ROBBINS LLP
WILLIAM S. LERACH
RAMZI ABADOU
401 B Street, Suite 1700
San Diego, CA 921012
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA
  & ROBBINS LLP
AZRA Z. MEHDI
RACHEL L. JENSEN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Counsel for Plaintiff Dennis E. Smith

T:\CasesSF\Vaso\NOT00010087.doc