FILED
IN CLERKS OFFICE

2004 JUN 15  A 9: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) | Master Docket No. 04-10708-RCL  <br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | AFFIDAVIT OF AZRA Z. MEHDI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

Azra Z. Mehdi, deposes and says as follows:

1. I am a member with the law firm of Lerach Coughlin Stoia & Robbins LLP, with an office located at:

> Lerach Coughlin Stoia & Robbins LLP
> 100 Pine Street, Suite 2600
> San Francisco, CA 94111
> 415/288-4545
> 415/288-4534 Facsimile
> azram@lcsr.com

2. I am a member in good standing of the bars of the following courts: United States District Court for the Southern District of New York (1997); United States District Court for the Eastern District of New York (1997); United States District Court for the Northern District of California (2002); United States District Court for the Southern District of California (2002); and United States District Court for the Central District of California (2002). A certificate of good standing from the State Bar of California is attached hereto.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: May 28, 2004

_____
AZRA Z. MEHDI

T:\CasesSF\Vaso Active\AFF00010085.doc

State of California        )
                           ) ss:
County of San Francisco    )

Subscribed and sworn to before me, a notary public, on this 28th day of May, 2004.

My commission expires on August 12, 2005.

_____
NOTARY PUBLIC

```
CAROLINE A. WILEY
COMM. #1317640
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug. 12, 2005
```



# THE
# STATE BAR
# OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 3, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AZRA ZAHOOR MEDHI was admitted to the practice of law in this state by the Supreme Court of California on July 22, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Senior Administrative Supervisor