# EXHIBIT C

```
VAPH US $  ↑ .45 +.05 V   --x--                          Equity HCPI
At 15:57  Vol 113,036  Op .35 V  Hi .50 V  Lo .35 V  ValTrd 45451
HISTORICAL  %  MOVES  for VASO ACTIVE PHARMACEUTIC (VAPH    US)
Range       2/20/04  to  2/20/04   Period D Daily     Page    1 / 1  USD
Total change:    +0.00% ( C Close  2/20/04 33.15    - C Close  2/20/04 33.15   )
       DATE                   CHANGE    % Change              CHANGE   % Change
FRI  2/20/04 Close  33.15    +11.04    +49.93 High   35.73   +13.62    +61.60
             Open   25.73     +3.62    +16.37 Low    24.57    +2.46    +11.13
```

Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2004 Bloomberg L.P.
                                                                                 H008-1003-2 21-Jun-04 16:27:51

```
VAPH US $  ↑ .45 +.05 V    --x--                          Equity HCPI
At 15:57  Vol 113,036 Op .35 V  Hi .50 V  Lo .35 V  ValTrd 45451
HISTORICAL  %  MOVES   for VASO ACTIVE PHARMACEUTIC (VAPH    US)
Range    3/15/04  to  3/15/04   Period D Daily      Page    1 / 1  USD
Total change:    +0.00% ( C Close  3/15/04 6.74    - C Close  3/15/04 6.74    )
     DATE                   CHANGE   % Change              CHANGE   % Change
MON  3/15/04 Close 6.74      -.30    -4.26 High  7.26      +.22     +3.13
             Open  6.85      -.19    -2.70 Low   6.32      -.72    -10.23
```

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2004 Bloomberg L.P.
                                                                                         H008-1003-2 21-Jun-04 16:28:16