# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
WALTER MILLER and LAURA MENDELSOHN, )
Individually and On Behalf of All Others Similarly ) Civil Action No. 03-10290 WGY
Situated, )
  )
                        Plaintiffs, )
  )
            v. )
  )
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD )
HARRISON, NOEL G. POSTERNAK and )
EDWIN J. GILLIS, )
  )
                        Defendants. )
------------------------------------------------
  )
SOLOMON MOSKOVITS, Individually and on )
Behalf of All Others Similarly Situated, )
  ) Civil Action No. 03-10334 WGY
                        Plaintiff, )
  )
            v. )
  )
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD )
HARRISON, NOEL G. POSTERNAK and )
EDWIN J. GILLIS, )
  )
                        Defendants. )
------------------------------------------------x

(Additional captions set forth below)

**DEFENDANTS' RESPONSE TO THE MOTIONS TO CONSOLIDATE,
FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF
SELECTION OF LEAD AND LIAISON COUNSEL**

DOCKETED

*May 29, 2003,*
*These cases are ordered consolidated for all purposes. The Oxton Group is appointed as lead plaintiff, and its selection of co-lead and liaison counsel is approved.*

*William G. Young*
*Chief Judge*

DOCKETED

28

**Case Name:**

**Miller, et al v. Parametric Technolog, et al**

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

MAY 2 6 2003

Case Name:

**Miller, et al v. Parametric Technolog, et al**

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

MAY 2 6 2003