# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HADDON, et al.,<br>    Plaintiffs,<br><br>v.<br><br>CYTYC CORPORATION, PATRICK J. SULLIVAN, JR., and ROBERT L. BOWEN.,<br>    Defendants. | Civil Action No. 02-CV-12399-JLT<br>02-CV-12475-JLT<br>02-CV-12486-JLT<br>03-CV-10002-JLT<br>03-CV-10022-JLT<br>03-CV-10067-JLT |

ORDER

May 19, 2003

TAURO, J.,

In order to correct an error in the docket, the court hereby clarifies its orders as follows:

1. The Joint Stipulation of Lead Plaintiff Applicants, Plumbers and Pipefitters National Pension Fund and Deka Investment GMBH, For Consolidation of Actions, To Appoint Lead Plaintiffs and Approve Their Selection of Lead Counsel and Liaison Counsel [#19] is ALLOWED and the Proposed Order is ADOPTED;

2. Plaintiff Plumbers and Pipefitters National Pension Fund's Motion For Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel [#14] is DENIED AS MOOT;

3. Plaintiff Deka Investments GMBH Motion to Consolidate Actions, To Be Appointed Lead Plaintiff, For Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel [#7] is DENIED AS MOOT; and

4. Plaintiff Jean-Luc Centeleghe's Motion For Appointment as Lead Plaintiff, Approval of Its Selection of Counsel, and Consolidation of Related Cases [#10] is DENIED AS MOOT.

IT IS SO ORDERED.

_____
United States District Judge