# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Vaso Active Pharmaceuticals Securities Litigation** | **C.A. No. 04-10708-RCL** |

## NOTICE OF WITHDRAWAL OF MOTION OF EDUARD SLININ
## FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
## OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that movant, Eduard Slinin, through his counsel, hereby

withdraws his June 7, 2004, motion for appointment as Lead Plaintiff in the above captioned

action, and withdraws his motion for appointment of Lead Counsel.  This withdrawal shall have

no effect upon Mr. Slinin's rights as a member of the proposed class, including but not limited to

the right to share in any recovery from the resolution of these actions through settlement,

judgment, or otherwise.

DATED: June 22, 2004          **SHAPIRO, HABER & URMY LLP**


/s/ Theodore M. Hess-Mahan
Thomas G. Shapiro BBO#454680
Theodore M. Hess-Mahan BBO #557109
Matthew L. Tuccillo BBO# 643336
Exchange Place
53 State Street
Boston MA  02109
Tel:  (617) 439-3939

*Proposed Liaison Counsel*

AND

1

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll
Daniel S. Sommers
Adam Savett
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Tel: (202) 408-4600

*Attorneys for Eduard Slinin and Proposed Lead Counsel
for the Class*