UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re Vaso Active Pharmaceuticals, Inc. Securities Litigation | ) ) ) ) | CIVIL ACTION NO. No. 04-10708 (RCL) |
| IRA A. TURRET SEP-IRA DATED 01/24/02, Individually and On Behalf Of All Others Similarly Situated, Plaintiff, v. VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-10980 (RCL) |

**JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz and Joseph Frattaroli (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in these actions. Thus, the parties respectfully request that the pleading and briefing schedule ordered on May 21, 2004 in the related matter entitled In re Vaso Active Pharmaceuticals, Inc. Securities Litigation, 04-10708-RCL, apply to this case.

- 2 -

Dated:  June 30, 2004

| | |
|---|---|
| IRA A. TURRET SEP-IRA DATED 01/24/02, and CHARLES ROBINSON, Individually and On Behalf of All Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI, |
| By their attorneys, | By their attorneys, |
| **/s/ N. Nancy Ghabai** | **/s/ Colleen Dunham Henschke** |
| Jeffrey C. Block, BBO #600747<br>Michael T. Matraia, BBO #633049<br>N. Nancy Ghabai, BBO #645050<br>BERMAN DEVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>One Liberty Square, 8th Floor<br>Boston, Massachusetts 02109 | Jeffrey B. Rudman (BBO #433380)<br>Michael G. Bongiorno (BBO #558748)<br>Colleen Dunham Henschke (BBO #645009)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street,<br>Boston, Massachusetts 02109<br>(617) 526-6000 |
| *Co-counsel for Plaintiff Ira A. Turret SEP-IRA Dated 01/24/02 and Charles Robinson:*<br>Richard A. Speirs<br>Stephen L. Brodsky<br>Shaye J. Fuchs<br>ZWERLING, SCHACHTER<br>& ZWERLING, LLP<br>845 Third Avenue<br>New York, NY  10022<br>(212) 223-3900 | Richard S. Kraut<br>DILWORTH PAXSON LLP<br>1818 N Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 452-0900 |

IT IS SO ORDERED:

_____
United States District Judge

Dated:  _____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 30th day of June, 2004 either electronically or by overnight mail on:

>N. Nancy Ghabai
>BERMAN DEVALERIO PEASE
>TABACCO BURT & PUCILLO
>One Liberty Square, 8th Floor
>Boston, Massachusetts 02109

/s/ **Colleen Dunham Henschke**

- 3 -

BOSTON 1933893v1