UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re Vaso Active Pharmaceuticals, Inc. Securities Litigation ) ) ) ) | CIVIL ACTION NO. No. 04-10708 (RCL) |
| PAUL E. BOSTROM, Individually and On Behalf Of All Others Similarly Situated, ) ) ) ) )  Plaintiff, ) ) v. ) ) VASO ACTIVE PHARMACEUTICALS, INC., ) JOHN J. MASIZ, and JOSEPH FRATTAROLI ) Defendants. ) ) | CIVIL ACTION NO. 04-10948 (RCL) |

**JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz and Joseph Frattaroli (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in this action. Thus, the parties respectfully request that the pleading and briefing schedule ordered on May 21, 2004 in the consolidated matter entitled In re Vaso Active Pharmaceuticals, Inc. Securities Litigation, 04-10708-RCL, apply to this case.

Dated:  July 1, 2004

| | |
|---|---|
| PAUL E. BOSTROM,<br>Individually and On Behalf of<br>All Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC.,<br>JOHN J. MASIZ, and JOSEPH FRATTAROLI, |
| By their attorneys, | By their attorneys, |
| **/s/ Thomas G. Shapiro**<br>Thomas G. Shapiro (BBO#454680)<br>Theodore M. Hess-Mahan (BBO#557109)<br>SHAPIRO HABER & URMY LLP<br>53 State Street, 37th Floor<br>Boston, MA 02109<br>(617) 439-3939 | **/s/ Colleen Dunham Henschke**<br>Jeffrey B. Rudman (BBO #433380)<br>Michael G. Bongiorno (BBO #558748)<br>Colleen Dunham Henschke (BBO #645009)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street,<br>Boston, Massachusetts 02109<br>(617) 526-6000 |
| *Co-counsel for Plaintiff Paul E. Bostrom:*<br>Martin D. Chitwood (GA Bar No. 124950)<br>Lauren S. Antonino (GA Bar No. 652408)<br>CHITWOOD & HARLEY LLP<br>2300 Promenade II<br>1230 Peachtree street N.E.<br>Atlanta, GA  30309<br>(404) 873-3900 | Richard S. Kraut<br>DILWORTH PAXSON LLP<br>1818 N Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 452-0900 |
| Mark Gardy<br>Nancy Kaboolian<br>ABBEY GARDY LLP<br>212 East 39th Street<br>New York, NY  10016<br>(212) 889-3700 | |

- 3 -

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 1st day of July, 2004 either electronically or by overnight mail on:

Thomas G. Shapiro
Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
(617) 439-3939

/s/ Colleen Dunham Henschke