UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re Vaso Active Pharmaceuticals, Inc. Securities Litigation | ) ) ) ) | CIVIL ACTION NO. No. 04-10708 (RCL) |
| RICHARD PAGONA, Individually and On Behalf Of Himself and All Others Similarly Situated, Plaintiff, v. VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER, AND JOHN J. MASIZ Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-11100 (RCL) |

**JOINT MOTION AND [PROPOSED] ORDER**
**TO CONFORM PLEADING AND BRIEFING SCHEDULE TO RELATED CASES**

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz and Stephen G. Carter (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in this action. Thus, the parties respectfully request that the pleading and briefing schedule ordered on May 21, 2004 in the consolidated matter entitled In re Vaso Active Pharmaceuticals, Inc. Securities Litigation, 04-10708-RCL, apply to this case.

- 2 -

Dated: July 1, 2004

| | |
|---|---|
| RICHARD PAGONO,<br>Individually and On Behalf of Himself<br>and All Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC.<br>and JOHN J. MASIZ, |
| By their attorneys, | By their attorneys, |
| /s/ Nancy Freeman Gans<br>Nancy Freeman Gans (BBO #184540)<br>Moulton & Gans, LLP<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216<br>(617) 369-7979 | /s/ Colleen Dunham Henschke<br>Jeffrey B. Rudman (BBO #433380)<br>Michael G. Bongiorno (BBO #558748)<br>Colleen Dunham Henschke (BBO #645009)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street,<br>Boston, Massachusetts 02109<br>(617) 526-6000 |
| *Co-counsel for Plaintiff Richard Shapiro:*<br>Evan Smith<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA  19004<br>(610) 667-6200 | Richard S. Kraut<br>DILWORTH PAXSON LLP<br>1818 N Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 452-0900 |
| IT IS SO ORDERED:<br><br>_____<br>United States District Judge<br><br>Dated: _____ | STEPHEN G. CARTER<br><br>By his attorney,<br><br>/s/ Kay B. Lee<br>John A. Sten (BBO #629577)<br>Kay B. Lee (BBO #647224)<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA  02110<br>(617) 310-6083 |

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 1st day of July, 2004 either electronically or by overnight mail on:

| | |
|---|---|
| Nancy Freeman Gans | Kay B. Lee |
| Moulton & Gans, LLP | GREENBERG TRAURIG, LLP |
| 33 Broad Street, Suite 1100 | One International Place |
| Boston, MA 02109-4216 | Boston, MA 02110 |
| | (617) 310-6083 |

/s/ Colleen Dunham Henschke