UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE | ) | Civil Docket for Case No. |
| VASO ACTIVE PHARMACEUTICALS, | ) | 1:04-CV-10708-RCL |
| SECURITIES LITIGATION | ) | |
| | ) | Judge Reginald C. Lindsey |
| | ) | |

**AFFIDAVIT OF WILLIAM B. FEDERMAN**

| | |
|---|---|
| STATE OF OKLAHOMA | ) |
| | ) |
| CITY OF OKLAHOMA CITY | ) |

The undersigned, William B. Federman, after being duly sworn, states under oath:

1.    That I am a member of the bar of the State of Oklahoma and am in good standing in every jurisdiction where I have been admitted to practice;

2.    That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3.    That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

4.    That my application for leave to practice in this Court is on Motion of a member of the bar of this Court who has also filed an appearance; and

5.    That the State of Oklahoma grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

SUBSCRIBED under pains and penalties of perjury this 9th day of June, 2004.

William B. Federman