UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
                                        )
IN RE                                   )    Civil Docket for Case No.
VASO ACTIVE PHARMACEUTICALS,            )    1:04-CV-10708-RCL
SECURITIES LITIGATION                   )
                                        )
_____  )

**ORDER REGARDING
MOTION OF PLAINTIFFS KOUROSH ALIPOUR ET AL.
FOR ADMISSION PRO HAC VICE**

THIS MATTER having come before the Court on the motion of plaintiffs Kourosh Alipour et al., pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, for admission of Attorney William B. Federman, Esq, of the law firm Federman and Sherwood and after consideration of the moving papers there being no opposition thereto,

IT IS this _____ day of July, 2004

ORDERED that William B. Federman is permitted to participate in this matter *pro hac vice* on behalf of plaintiffs Kourosh Alipour, Timmy Smith and Douglas Weymouth (collectively the "Alipour Group").

By the Court:

_____
(Lindsey, J.)