UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Vaso Active Pharmaceuticals Securities Litigation** | Consolidated Case  No. 04-10708-RCL |

**MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW
IN FURTHER SUPPORT OF MOTION OF CHOI GROUP
TO BE APPOINTED LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL AND LIAISON COUNSEL**

Pursuant to Local Rule 7.1(B)(3), Class members Edwin Choi, Richard Cheng and Joe Huback (the "Choi Group") respectfully move this Court for leave to file the accompanying Reply Memorandum of Law In Further Support of Motion of Choi Group to Be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel.

Dated: July 9, 2004.                                     Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

/s/Thomas G. Shapiro_____
Thomas G. Shapiro (BBO# 454680)
Theodore M. Hess-Mahan (BBO# 557109)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman *(pro hac vice)*
Darren J. Check *(pro hac vice)*
Sean M. Handler *(pro hac vice)*
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Proposed Lead Counsel**

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

  I hereby certify that the parties' counsel have conferred in a good faith attempt to narrow or resolve the issues raised in this motion. Defendants take no position on this motion at this time.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan
