# EXHIBIT B

**CORRECTED VASO ACTIVE PHARMACEUTICALS, INC. ESTIMATED LOSSES**

**CLASS PERIOD: 12/11/03 – 03/31/04**

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD AS OF 03/31/04 | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Edwin Choi | 3/15/2004 | 8,000 | 7.0000 | 56,000.00 | 3/19/2004 | 5,000 | 7.7000 | 38,500.00 | | | (17,500.00) |
| | 3/15/2004 | 1,000 | 6.9900 | 6,990.00 | 3/29/2004 | 1,600 | 7.0000 | 11,200.00 | | | 4,210.00 |
| | 3/19/2004 | 5,000 | 7.9000 | 39,500.00 | 3/29/2004 | 2,000 | 7.0100 | 14,020.00 | | | (25,480.00) |
| | 3/26/2004 | 800 | 7.7500 | 6,200.00 | 3/29/2004 | 2,100 | 7.0400 | 14,784.00 | | | 8,584.00 |
| | 3/26/2004 | 2,910 | 7.5000 | 21,825.00 | 3/29/2004 | 1,000 | 7.0500 | 7,050.00 | | | (14,775.00) |
| | 3/26/2004 | 450 | 7.5300 | 3,388.50 | 3/29/2004 | 1,000 | 7.0600 | 7,060.00 | | | 3,671.50 |
| | 3/26/2004 | 4,340 | 7.5000 | 32,550.00 | 3/29/2004 | 1,300 | 7.0800 | 9,204.00 | | | (23,346.00) |
| | 3/29/2004 | 500 | 7.4700 | 3,735.00 | | | | | | | (3,735.00) |
| | 3/29/2004 | 1,000 | 7.4800 | 7,480.00 | | | | | | | (7,480.00) |
| | 3/29/2004 | 2,000 | 7.4900 | 14,980.00 | | | | | | | (14,980.00) |
| | 3/30/2004 | 700 | 7.2600 | 5,082.00 | | | | | | | (5,082.00) |
| | 3/30/2004 | 5,600 | 7.2900 | 40,824.00 | | | | | | | (40,824.00) |
| | 3/30/2004 | 2,700 | 7.3000 | 19,710.00 | | | | | | | (19,710.00) |
| | | 35,000 | | | | 14,000 | | | 21,000 | 0.73 | 15,330.00 |
| | | | | | | | | | | | (141,116.50) |
| Richard Cheng | 3/11/2004 | 200 | 7.9500 | 1,590.00 | 3/30/2004 | 2,500 | 7.6300 | 19,075.00 | | | 17,485.00 |
| | 3/11/2004 | 200 | 7.2000 | 1,440.00 | | | | | | | (1,440.00) |
| | 3/11/2004 | 300 | 7.9000 | 2,370.00 | | | | | | | (2,370.00) |
| | 3/11/2004 | 500 | 7.8400 | 3,920.00 | | | | | | | (3,920.00) |
| | 3/11/2004 | 500 | 7.8900 | 3,945.00 | | | | | | | (3,945.00) |
| | 3/11/2004 | 700 | 7.2400 | 5,068.00 | | | | | | | (5,068.00) |
| | 3/11/2004 | 1,000 | 7.8500 | 7,850.00 | | | | | | | (7,850.00) |
| | 3/11/2004 | 1,000 | 7.1000 | 7,100.00 | | | | | | | (7,100.00) |
| | 3/11/2004 | 1,500 | 7.1100 | 10,665.00 | | | | | | | (10,665.00) |
| | 3/11/2004 | 1,600 | 7.2500 | 11,600.00 | | | | | | | (11,600.00) |
| | 3/11/2004 | 2,500 | 7.8900 | 19,725.00 | | | | | | | (19,725.00) |
| | 3/25/2004 | 2,500 | 6.5000 | 16,250.00 | | | | | | | (16,250.00) |
| | 3/26/2004 | 2,500 | 7.4500 | 18,625.00 | | | | | | | (18,625.00) |
| | 3/29/2004 | 2,500 | 7.2200 | 18,050.00 | | | | | | | (18,050.00) |
| | 3/29/2004 | 2,500 | 7.3000 | 18,250.00 | | | | | | | (18,250.00) |
| | 3/29/2004 | 2,500 | 7.1200 | 17,800.00 | | | | | | | (17,800.00) |
| | | 22,500 | | | | 2,500 | | | 20,000 | 0.73 | 14,600.00 |
| | | | | | | | | | | | (130,573.00) |
| Joe Huback (3) | 3/3/2004 | 2,000 | 37.2900 | 74,580.00 | 4/22/2004 | 3,000 | 1.2300 | 3,690.00 | | | (70,890.00) |
| | | | | | 4/22/2004 | 3,000 | 1.2300 | 3,690.00 | | | 3,690.00 |
| | | 2,000 | | | | 6,000 | | | 6,000 (2) | | 0.00 |
| | | | | | | | | | | | (67,200.00) |
| **TOTAL FOR THE CHOI GROUP** | | | | | | | | | | | **(338,889.50)** |

(1) Estimated Value is the moving mean average of Vaso Active Pharmaceuticals, Inc. from the date of disclosure, April 1, 2004 through June 7, 2004.
(2) Shares held include shares acquired from Vaso Active's 3:1 split on 3/8/04.
(3) Pursuant to the PSLRA, Mr. Huback's sales have been calculated using the the average moving mean price of Vaso Active Pharmaceuticals, Inc. from the date of disclosure, April 1, 2004 through April 22, 2004 (the date of sale) and not the actual sales prices reflected on his certification.