# EXHIBIT C

**TD WATERHOUSE INVESTOR SERVICES, INC.**

Member NYSE/SIPC
100 Wall Street
New York, New York 10005-3701
(800) 934-4448

### TRADE CONFIRMATIONS

| TRADE DATE |
|---|
| 03/03/2004 |
| PROCESS DATE |
| 03/03/2004 |
| SETTLEMENT DATE |
| 03/08/2004 |

JOSEPH H HUBACK

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 2,000 | | VAPH | 37.29000 |

**DESCRIPTION**

**VASO ACTIVE PHARMACEUTICALS INC CL A**

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | SEC FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 74,580.00 | | 12.95 | | | | $74,592.95 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT

**TD WATERHOUSE INVESTOR SERVICES, INC.**

Member NYSE/SIPC
100 Wall Street
New York, New York 10005-3701
(800) 934-4448

## TRADE CONFIRMATIONS

| TRADE DATE |
|---|
| 04/22/2004 |
| PROCESS DATE |
| 04/22/2004 |
| SETTLEMENT DATE |
| 04/27/2004 |

JOSEPH H HUBACK

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
|  | 3,000 | VAPH | .90000 |

| DESCRIPTION |
|---|
| VASO ACTIVE PHARMACEUTICALS INC CL A |

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | SEC FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 2,700.00 |  | 30.00 |  | 0.07 |  | $2,669.93 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT

**TD WATERHOUSE INVESTOR SERVICES, INC.**

Member NYSE/SIPC
100 Wall Street
New York, New York 10005-3701
(800) 934-4448

## TRADE CONFIRMATIONS

| TRADE DATE |
|---|
| 04/22/2004 |
| PROCESS DATE |
| 04/22/2004 |
| SETTLEMENT DATE |
| 04/27/2004 |

JOSEPH H HUBACK

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
|  | 3,000 | VAPH | .90000 |

| DESCRIPTION |
|---|
| VASO ACTIVE PHARMACEUTICALS INC CL A |

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | SEC FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 2,700.00 |  | 30.00 |  | 0.07 |  | $2,669.93 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT