UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) Consolidated Case No. 04-10708-RCL ) |

## NOTICE OF CORRECTED CERTIFICATION

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that lead plaintiff movant Joe Huback, a member of the Choi Group, hereby submits, attached hereto, his corrected certification attesting to his transactions in Vaso Active Pharmaceuticals securities. This corrected certification corrects his post-class period sales that were inadvertently transcribed on Mr. Huback's original certification attached as Exhibit A to the Declaration of Darren J. Check In Support of Motion of The Choi Group to be Appointed Lead Plaintiff and for approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel timely filed with this Court on June 7, 2004.

Dated: July 12, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY, LLP**

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro (BBO# 454680)
Theodore M. Hess-Mahan (BBO# 557109)
53 State Street
Boston, MA 02109
Telephone:    (617) 439-3939
Facsimile:    (617) 439-0134

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**

Stuart L. Berman *(pro hac vice)*
Darren J. Check *(pro hac vice)*
Sean M. Handler *(pro hac vice)*
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:    (610) 667-7706
Facsimile:      (610) 667-7056

**Proposed Lead Counsel**