UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS, INC. SECURITIES LITIGATION | ) ) ) ) | NO. 04-10708-RCL |

## NOTICE OF APPEARANCE

The undersigned counsel, Jeffrey B. Rudman, Esq., Michael G. Bongiorno, Esq., and Maura T. Healey, Esq., hereby enter their appearance on behalf of the defendants Vaso Active Pharmaceuticals, Inc., John J. Masiz and Joseph Frattaroli.

Respectfully submitted,

VASO ACTIVE PHARMACEUTICALS, INC.,
JOHN J. MASIZ AND JOSEPH FRATTAROLI

By their attorneys,

/s/ Jeffrey B. Rudman
/s/ Michael G. Bongiorno
/s/ Maura T. Healey
Jeffrey B. Rudman, Esq. (BBO# 433380)
Michael G. Bongiorno, Esq. (BBO #558748)
Maura T. Healey (BBO # 640856)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
617-526-6000
jeffrey.rudman@wilmerhale.com
michael.bongiorno@wilmerhale.com
maura.healey@wilmerhale.com

Dated: July 22, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 22nd day of July, 2004 either electronically or by overnight mail on:

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, Massachusetts  02109

*Co-counsel for plaintiffs Smith, Pepin, Gude, Gauthami, and Pagona, and movants Merturi Group and Brody*

Charles J. Piven, Esq.
Law Office of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

*Co-counsel for plaintiff Pepin*

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, Massachusetts  02135

William B. Federman, Esq.
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, Oklahoma  73102

*Co-counsel for plaintiff Alipor*

William S. Lerach, Esq.
Ramzi Abadou, Esq.
Darren J. Robbins, Esq.
Cori Sweat, Esq.
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, California  92101

*Co-counsel for plaintiffs Smith, Gude and Gauthami*

David R. Scott, Esq.
Scott & Scott
108 Norwich Avenue
PO Box 192
Colchester, Connecticut  06415

*Co-counsel for plaintiffs Gude and Gauthami*

Mark C. Gardy, Esq.
Nancy Kaboolian, Esq.
Abbey Gardy LLP
212 East 39th Street
New York, New York 10016

Martin D. Chitwood, Esq.
Lauren Antonino, Esq.
Chitwood & Harley LLP
2300 Promenade II
1230 Peachtree Street N.E.
Atlanta, Georgia  30309

*Co-counsel for plaintiff Bostrom*

Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Matthew L., Tuccillo, Esq.
Shapiro Haber & Umry LLP
Exchange Place
53 State Street
Boston, Massachusetts  02109

*Co-counsel for plaintiffs Benedetto, Benedetto, Shapiro, Bostrom, Dummer, Slinin, Berteletti, and the Choi Group*

John E. DeWick, Esq.
Melick, Porter & Shea LLP
28 State Street
22d Floor
Boston, MA  02109

*Counsel for movant the Chea Group*

David Pastor, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

*Co-counsel for plaintiff Gude*

Stuart L. Berman, Esq.
Darren Check, Esq.
Sean M. Handler, Esq.
Schiffrin & Barroway LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania  19004

*Co-counsel for plaintiffs Dummer, Smith, Gude, Gauthami, Pepin, Alipor, Ira A. Turret Sep – Ira Dated 01/24/02, Berteletti, the Choi Group, Slinin and Bostrom*

Jeffrey C. Block, Esq.
Michael T. Matraia, Esq.
N. Nancy Ghabai, Esq.
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, Massachusetts  02109

*Co-counsel for plaintiffs Robinson and Ira A. Turret Sep – Ira Dated 01/24/02 and counsel for movant Brody*

Azra Z. Medhi
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111

*Co-counsel for plaintiff Smith*

Richard A. Lockridge, Esq.
Karen Hanson Riebel, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401

*Co-counsel for plaintiff Robinson*

Christopher S. Hinton, Esq.
Fred Taylor Isquith, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz LLP
270 Madison Avenue
New York, New York  10016

*Co-counsel for movants Yungman and Young*

| | |
|---|---|
| Jeffrey C. Zwerling. Esq.<br>Stephen L. Brodsky, Esq.<br>Richard A. Speirs, Esq.<br>Shaye J. Fuchs, Esq.<br>Zwerling, Schachter & Zwerling, LLC<br>845 Third Avenue<br>New York, New York  10022 | Steven G. Schulman, Esq.<br>Peter E. Seidman, Esq.<br>Andrei V. Rado, Esq.<br>Sharon M. Lee, Esq.<br>Milberg, Weiss, Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, New York  10119-0165 |
| *Co-counsel for plaintiffs Robinson and Ira A. Turret Sep – Ira Dated 01/24/02* | *Co-counsel for plaintiff Pepin* |
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>Two Bala Plaza<br>Bala Cynwyd, Pennsylvania  19004 | Bruce G. Murphy, Esq.<br>Law Office of Bruce G. Murphy<br>265 Llwyds Lane<br>Vero Beach, Florida   32963 |
| *Co-counsel for plaintiff Pagona* | *Co-counsel for plaintiff Dummer and movants Yungman and Young* |

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Maura T. Healey