**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | : <br> : <br> : Consolidated Case No.: 04-10708 <br> : (RCL) <br> : <br> : |

**MERTURI GROUP'S NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF <u>LEAD COUNSEL AND LIAISON COUNSEL</u>**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Luz Merturi, Brenda Reinemund on behalf of Glen Reinemund, Derek Bauer, Maria Pia Hellrigl, and Hector Tarazona (collectively, the "Merturi Group") hereby withdraw their motion to be appointed as lead plaintiff and for approval of their selection of lead counsel, filed with this Court on June 7, 2004.

DATED: August 11, 2004

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:___/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Tel.: (617) 369-7979

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
Tel.: (212) 594-5300

*Attorneys for the Merturi Group*

**BRODSKY & SMITH, LLC**
Evan Smith
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Tel: (610) 667-6200

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Tel.: (410) 986-0036

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, a member of the law firm Moulton & Gans, P.C., hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties on this 11th day of August 2004.

1. MERTURI GROUP'S NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

                                                     /s/ Nancy Freeman Gans
                                                    Nancy Freeman Gans