UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS ) <br> SECURITIES LITIGATION ) <br> _____) | No. 1:04-CV-10708-RCL <br><br> **CONSOLIDATED** |

**NOTICE OF WITHDRAWAL OF FEDERMAN & SHERWOOD AND
WILLIAM B. FEDERMAN AS COUNSEL OF RECORD AND WITHDRAWAL OF
MOTION OF THE ALIPOUR GROUP FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE, the law firm of FEDERMAN & SHERWOOD and William B. Federman, hereby withdraw as counsel of record in this action. Plaintiff and respective Class Members will not be prejudiced by this withdrawal in that FEDERMAN & SHERWOOD, and William B. Federman, are not counsel for Lead Plaintiffs and are not in the management structure of Lead Plaintiff's counsel. There are qualified law firms currently seeking to be appointed as Lead Plaintiff's counsel, and Plaintiff will continue to be adequately represented by the Lead Plaintiff and the Lead Plaintiff's counsel ultimately chosen by the Court.

Furthermore, Plaintiffs Movants Kourosh Alipour, Timmy Smith and Douglas Weymouth (collectively the "Alipour Group") withdraw their Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel previously filed in this matter.

1

Dated: August 16, 2004					Respectfully submitted,

                                                     s/ William B. Federman  
WILLIAM B. FEDERMAN  
FEDERMAN & SHERWOOD  
120 N. Robinson, Suite 2720  
Oklahoma City, OK  73102  
405/235-1560; FAX: 405/239-2112

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2004, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeffrey C Block      jblock@bermanesq.com
John E. DeWick      jdewick@melicklaw.com
Nancy F. Gans      nfgans@aol.com
N. Nancy Ghabai nghabai@bermanesq.com, smelloul@bermanesq.com; sfuchs@zsz.com; sbrodsky@zsz.com; sbrodsky@zsz.com
Sean M. Handler      shandler@sbclasslaw.com, nwortman@sbclasslaw.com; dcheck@sbclasslaw.com
Maura T. Healey      maura.healey@wilmerhale.com
Colleen Dunham Henschke      colleen.henschke@wilmerhale.com
Theodore M. Hess-Mahan ted@shulaw.com
Alan L. Kovacs      alankovacs@yahoo.com
Michael T. Matraia   mmatraia@bermanesq.com
David Pastor      dpastor@gilmanpastor.com
Karen Hanson Riebel      riebekh@locklaw.com
Thomas G. Shapiro tshapiro@shulaw.com
Richard A. Speirs   rspeirs@zsz.com
Matthew L. Tuccillo mtuccillo@shulaw.com

Regular Mail:

William S. Lerach
Darren J. Robbins
Ramzi Abadou
Cori Sweat
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101

Stuart L. Berman
Darren Check
Schiffrin & Barroway LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Martin D. Chitwood
Lauren Antonino
Chitwood & Harley
2900 Promenade II
1230 Peachtree Suite NE
Atlanta, GA 30309

Jeffery C. Zwerling
Stephen L Brodsky
Richard A Spiers
Shaye J. Fuchs
Zwerling, Schachter & Zwerling, LLC
845 Third Avenue
New York, NY 10022

Mark C. Gardy
Abbey & Ellis
212 East 39th Street
New York, NY 10016

Fred Taylor Isquith
Christopher S. Hinton
Wolf, Haldentein, Adler, Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Nancy Kaboolian
Abbey Gardy & Squitieri
212 East 39th Street
New York, NY 10016

Richard A. Lockridge
Karen H Reibel
Lockridge, Grindal, Nauen & Holstein
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Azra Z Medhi
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Charles J. Piven
Law Offices of Charles J. Piven, P.A
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

Steven G. Schulman
Sharon M. Lee
Peter E. Seidman
Andrei V. Rado
Milberg Weiss Bershad & Schulman
One Pennsylvania Plaza
49th Floor
New York, NY 10119

David Randell Scott
Scott & Scott LLC
108 Norwich Ave
P.O. Box 192
Colchester, CT 06415

Evan J. Smith
Brodsky & Smith LLC
Two Bala Plaza
Bala Cynwyd,, PA 19004

s/ William B. Federman
William B. Federman