UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE VASO ACTIVE PHARMACEUTICALS   )   Master File No. 04-CV-10708-RCL
SECURITIES LITIGATION               )
                                    )
_____)

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) and on behalf of the defendants Vaso Active Pharmaceuticals, Inc., John J. Masiz, and Joseph Frattaroli, I, Maura T. Healey move for the admission *pro hac vice* of Richard S. Kraut and state as follows:

1.  I am a member of the bar of this Court in good standing.

2.  Richard S. Kraut graduated from Columbia Law School in 1966 and was admitted to the practice of law in the State of New York in 1967, and the District of Columbia in 1971.

3.  Richard S. Kraut is a partner at Dilworth Paxson LLP, 1818 N Street NW, Suite 400, Washington, DC 20036.

4.  Richard S. Kraut is a member in good standing of the New York and District of Columbia bars. Mr. Kraut also is admitted to practice in the United States District Courts for the Districts of Columbia, Maryland, and the Southern District of New York, as well as the United States Courts of Appeal for the Second and Fourth Circuits, and the United States Supreme Court.

5.  There are no disciplinary proceedings against Mr. Kraut and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Maura T. Healey requests that Richard S. Kraut of Dilworth Paxson LLP, 1818 N Street NW, Suite 400, Washington, DC 20036, be admitted to practice before this

Court for all purposes in connection with the representation of Vaso Active Pharmaceuticals, Inc., John J. Masiz, and Joseph Frattaroli in this proceeding.

                                                    Respectfully submitted,

                                                    /s/ Maura T. Healey
                                                    Jeffrey B. Rudman, Esq. (BBO# 433380)
                                                    Michael G. Bongiorno, Esq. (BBO #558748)
                                                    Maura T. Healey (BBO # 640856)
                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    60 State Street
                                                    Boston, MA  02109
                                                    617-526-6000

Dated:  September 7, 2004.

# CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Richard S. Kraut, hereby certify that:

1. I was admitted to the bars of the state of New York in 1967, and the District of Columbia in 1971. I have been admitted to practice in the United States District Court for the Districts of Columbia, Maryland and the Southern District of New York, as well as the United States Courts of Appeal for the Second Circuit and the Fourth Circuit, and the United States Supreme Court.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

>    Dilworth Paxson LLP
>    1818 N Street NW
>    Suite 400
>    Washington, DC 20036
>    (202) 466-9152

Dated: September 7, 2004                                        /s/ Richard S. Kraut_____

BOSTON 1966625v1