UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
IN RE                               )    Case No.
VASO ACTIVE PHARMACEUTICALS,        )    1:04-CV-10708-RCL
SECURITIES LITIGATION               )
                                    )
_____)

NOTICE OF WITHDRAWAL OF APPEARANCE OF ALAN L. KOVACS, ESQ.

Please take notice that the undersigned, Alan L. Kovacs, here withdraws as local counsel for Plaintiffs Kourosh Alipour, Timmy Smith and Douglas Weymouth (collectively the "Alipour Group").

On or about August 16, 2004, William Federman, Esq. and the law firm of Federman and Sherwood, filed a Notice of Withdrawal of Appearance as counsel of record for the Alipour Group and Withdrawal of the Motion of the Alipour Group for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel.  Docket No. 69.  The Alipor Group will not be prejudiced by the undersigned's withdrawal since, as stated in said Notice of Withdrawal of William Federman, Esq., there are other qualified law firms currently seeking to be appointed as Lead Plaintiff's counsel, and the Alipour Group will continue to be adequately represented by the Lead Plaintiff and the Lead Plaintiff's counsel as finally determined by the Court.

                                    Respectfully submitted,

Dated:  October  28, 2004           /s/ Alan L. Kovacs
                                    Alan L. Kovacs (BBO No. 278240)
                                    **LAW OFFICE OF ALAN L. KOVACS**
                                    2001 Beacon Street, Suite 106
                                    Boston, MA 02135
                                    Phone: (617) 964-1177
                                    Fax: (617) 332-1223