UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re VASO ACTIVE PHARMACEUTICALS  :
SECURITIES LITIGATION                            :   Master Docket No.: 04-10708-RCL
                                                                  :

---

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Marc I. Willner, hereby certify that:

1. I am an associate in the law firm of Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, Pennsylvania 19004. I was admitted to the bar of the State of Pennsylvania in November 1997. I am also admitted to practice in the following jurisdictions:

   United States Court of Appeals for the First Circuit on August 8, 2002.

   Unites States Court of Appeals for the Third Circuit on March 26, 2003

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

Dated: November 7, 2004                          Respectfully submitted,

                                                                   By: /s/ Marc I. Willner
                                                                   Marc I. Willner
                                                                   Schiffrin & Barroway, LLP
                                                                   Three Bala Plaza East, Suite 400
                                                                   Bala Cynwyd, PA 19004
                                                                   Tel.: (610) 667-7706