UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: <u>04-10708-RCL</u>

IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION

**NOTICE OF CONFERENCE**

LINDSAY, D.J.

      TAKE NOTICE that the above-entitled case has been set for Status Conference at **10:00AM**, on **November 17, 2004,** in Courtroom No. 11, 5th floor.

                                                  By the Court,

                                                  /s/ Lisa M. Hourihan

                                                  Deputy Clerk

November 10, 2004

To: All Counsel