**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE VASO ACTIVE PHARMACEUTICAL SECURITIES LITIGATION | ) ) | |
| | ) | **Civil Action** |
| | ) | **No: 04-10708-RCL** |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE AND CERTIFICATE OF COMPLIANCE WITH RULE 7.1***

Pursuant to Rule 83.5.3(b) of the local rule of this Court, Mary T. Sullivan, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of the following counsel:

Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2202
Facsimile: 615/252-3798

for the purpose of litigation in this Court as attorney for the derivative Plaintiffs.  Mr. Miles certifies he is a member in good standing of the Middle District of Tennessee and a member in good standing in each other jurisdiction he is admitted to practice; there are no disciplinary proceeding pending against him in any jurisdiction; and he has studied the Local Rules of this Court.

Dated: November 15, 2004.

Respectfully submitted,


/s/ Mary T. Sullivan
Mary T. Sullivan, BBO #487130
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

JURAT AND RULE 7.1 CERTIFICATION

Executed under penalty of perjury on the 15th day of November, 2004 at Nashville, Tennessee.

I, Timothy Miles, do certify that I have conferred with opposing counsel, and that counsel had no objection to this Motion.


Respectfully submitted,

BARRETT, JOHNSTON & PARSLEY


By:  /s/ Timothy L. Miles
BARRET, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
615-244-2202
615-252-3798 fax


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY, that on this 15th day of November, 2004, via first class mail, a true copy of the foregoing Motion for Admission *Pro Hac Vice* was served upon Michael G. Bongiorno, Wilmer, Cutler, Pickering, Hale & Door, 60 State Street, Boston, Massachusetts  02109.

/s/ Mary T. Sullivan


L/mts/7633/pleadings/motforadmissionprohacvice.doc.