UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICAL ) | |
| SECURITIES LITIGATION ) | |
| ) | **Civil Action** |
| ) | **No: 04-10708-RCL** |
| ) | |

**CERTIFICATE OF TIMOTHY L. MILES**

In support of our Motion for Admission to appear *pro hac vice*, I, Timothy L. Miles, certify as follows:

1. I am the counsel for derivative Plaintiff, William Pomeroy.

2. I am licensed to practice law in Tennessee. My Tennessee Bar Number is 21605.

3. I am admitted to practice before the United States Court of Appeals for the Sixth Circuit.

4. I am admitted to practice before the United States District Courts for Western, Middle and Eastern Districts of Tennessee and the District of Colorado.

5. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts and will abide by such Rules.

WHEREFORE, I, Timothy L. Miles, request that I be permitted to appear *pro hac vice* on behalf of the Plaintiffs in this case.

Respectfully Submitted,

/s/ Timothy L. Miles
BARRET, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
615-244-2202
615-252-3798 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 15th day of November, 2004, via first class mail, a true copy of the foregoing Certificate of Timothy L. Miles, *Pro Hac Vice* was served upon Michael G. Bongiorno, Wilmer, Cutler, Pickering, Hale & Door, 60 State Street, Boston, Massachusetts 02109.

/s/ Mary T. Sullivan