UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Civil Action No. 04-10708-RCL |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that as of November 15, 2004, Zwerling, Schachter & Zwerling, LLP has relocated its New York City office to:

**41 Madison Avenue**
**New York, NY 10010**

PLEASE TAKE FURTHER NOTICE that all papers to be served in the within action should be directed to Zwerling, Schachter & Zwerling, LLP at the address set forth herein. The telephone number, facsimile number and email address remain the same.

Dated: November 18, 2004

Respectfully submitted,

**BERMAN DEVALERIO PEASE**
**TABACCO BURT & PUCILLO**

/s/ N. Nancy Ghabai
Jeffrey C. Block, BBO#600747
Michael T. Matraia, BBO#633049
N. Nancy Ghabai, BBO#645050
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

**ZWERLING, SCHACHTER & ZWERLING,** LLP
Richard A. Speirs
Stephen L. Brodsky
Shaye J. Fuchs
845 Third Avenue
New York, NY 10022
Phone: (212) 223-3900
Fax: (212) 371-5969

*Counsel for Plaintiffs*
*Ira A. Turret SEP-IRA and David A. Brody*

IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION
04-CV-10708-RCL

SERVICE LIST

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro
Theodore M. Hess-Mahan
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939

**CAULEY GELLER BOWMAN
 & RUDMAN, LLP**
Samuel H. Rudman
Russ Gunyan
Mario Alba, Jr.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706

*Attorneys for Richard Shapiro, et al.*


**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro
Theodore M. Hess-Mahan
Matthew L. Tuccillo
75 State Street
Boston, MA 02109
Telephone: (617) 439-3939

**COHEN MILSTEIN HAUSFELD
 & TOLL, P.L.L.C.**
Steven J. Toll
Daniel S. Sommers
Christopher F. Branch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600

*Attorneys for Kim Benedetto and Joseph Benedetto, et al.*

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ, LLP**
Gregory M. Nespole
Christopher S. Hinton
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

*Attorneys for Dean Dummer, et al.*


**GILMAN AND PASTOR, LLP**
David Pastor
Peter Lagorio
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850

**MURRAY, FRANK & SAILER, LLP**
Eric J. Belfi
Gregory Linkh
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818

**GLANCY BINKOW
 & GOLDBERG, LLP**
Michael Goldberg
1801 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 201-9150

**LAW OFFICES OF BRUCE MURPHY**
Bruce Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (561) 231-4202

*Attorneys for Edward A. Tourea, et al.*

| | |
|---|---|
| **MOULTON & GANS, P.C.**<br>Nancy Freeman Gans<br>33 Broad Street, Suite 1100<br>Boston, MA 02109<br>Telephone: (617) 369-7979 | **SCOTT & SCOTT, LLC**<br>David R. Scott<br>108 Norwich Avenue<br>Colchester, CT 06415<br>Telephone: (860) 537-3818 |
| **LERACH COUGHLIN STOIA<br> & ROBBINS LLP**<br>William S. Lerach<br>Darren J. Robbins<br>401 B. Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br><br>*Attorneys for Dennis E. Smith, et al.* | *Attorneys for Modhi Gude and<br>Arji Gauthami, et al.*<br><br>**LAW OFFICES OF ALAN L. KOVACS**<br>Alan L. Kovacs<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135<br>Telephone: (617) 964-1177 |
| **MILBERG WEISS BERSHAD<br> & SCHULMAN, LLP**<br>Steven G. Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Sharon M. Lee<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300 | **FEDERMAN & SHERWOOD**<br>William B. Federman<br>120 N. Robinson, Suite 2720<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-1560<br><br>*Attorneys for Kourosh Alipor, et al.* |
| **LAW OFFICES OF<br> CHARLES J. PIVEN, P.A.**<br>Charles J. Piven<br>The World Trade Center – Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202<br><br>*Attorneys for Christopher Pepin, et al.* | **SEGAL, ROITMAN & COLEMAN**<br>Mary T. Sullivan<br>11 Beacon Street, Suite 500<br>Boston, MA 02108<br>Telephone: (617) 742-0208<br><br>**ROBBINS UMEDA & FINK, LLP**<br>Brian J. Robbins<br>Jeffrey P. Fink<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br>Telephone: (619) 525-3990 |
| **MOULTON & GANS, P.C.**<br>Nancy Freeman Gans<br>33 Broad Street, Suite 1100<br>Boston, MA 02109<br>Telephone: (617) 369-7979 | *Attorneys for Joseph Rosenkrantz, et al.* |

**CHITWOOD & HARLEY LLP**
Martin D. Chitwood
Georgia Bar No. 124950
Lauren S. Antonino
Georgia Bar No. 652408
2300 Promenade II
1230 Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 873-3900

**ABBEY GARDY, LLP**
Mark C. Gardy, Esq.
Nancy Kaboolian
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700

*Attorneys for Paul Bostrom et al.*

**BRODSKY & SMITH, LLC**
Evan J. Smith
Two Bala Plaza
Bala Cynwyd, PA 19004
Telephone: (610) 667-6200

**MOULTON & GANS, PC**
Nancy F. Gans
33 Broad Street
Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

*Attorneys for Richard Pagona, et al.*