UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICAL SECURITIES LITIGATION | )<br>)<br>)   **Civil Action**<br>)   **No: <u>04-10708-RCL</u>** |

## NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE OF* TIMOTHY MILES

In accordance with the Orders of the Court and the proceedings held in this matter on November 17, 2004, the plaintiffs in the Vaso Active Pharmaceutical Derivative Litigation withdraw the Motion for Admission *Pro Hac Vice* filed in this, the securities litigation.

Respectfully submitted,

/s/ Mary T. Sullivan
Mary T. Sullivan, BBO #487130
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187


BARRETT, JOHNSTON & PARSLEY


By:  /s/ Timothy L. Miles
BARRET, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
615-244-2202
615-252-3798 fax

Dated: November 22, 2004.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on this 22nd day of November, 2004, via first class mail, a true copy of the foregoing Notice of Withdrawal of Motion for Admission *Pro Hac Vice* was served upon Michael G. Bongiorno, Wilmer, Cutler, Pickering, Hale & Dorr, 60 State Street, Boston, Massachusetts 02109.

                                                       /s/ Mary T. Sullivan

L/mts/7633/pleadings/noticeofwithdrawalmotforadmissionprohacvice.doc.