AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  MASSACHUSETTS

CHRISTOPHER PEPIN, Individually and On
Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VASO ACTIVE PHARMACEUTICALS, INC.,
STEPHEN G. CARTER and JOHN J. MASIZ

04cv10763 RCL

TO: (Name and address of defendant)

VASO ACTIVE PHARMACEUTICALS, INC.
99 Rosewood Drive, Suite 260
Danvers, MA   01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Sharon M. Lee<br>MILBERG WEISS BERSHAD HYNES<br>  & LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Charles J. Piven<br>LAW OFFICES OF CHARLES<br>  J. PIVEN, P.A.<br>The World Trade Center --<br>  Baltimore<br>401 East Pratt Street<br>Suite 2525<br>Baltimore, MD 21202<br>410-986-0036 |

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  11-15-04

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 04CV10763RCL

I hereby certify and return that today, April 27, 2004, at 3:08 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Vaso Active Pharmaceuticals, Inc., by giving in hand to Kayla Duffer, Agent in Charge at the time of service. Said service was effected at: Vaso Active Pharmaceuticals, Inc., 99 Rosewood Drive, Suite 260, Danvers, MA 01923.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 27, 2004.

Reid Hoover, Process Server
& Disinterested Person over Age 18.

**Court Support, Inc.**
181 Hillside Avenue
Williston Park, NY 11596
516-742-7455
Fax: 516-742-7484

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                       Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.