AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

CHRISTOPHER PEPIN, Individually and On
Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VASO ACTIVE PHARMACEUTICALS, INC.,
STEPHEN G. CARTER and JOHN J. MASIZ

## 04cv10763 RCL

TO: (Name and address of defendant)

STEPHEN G. CARTER
10 Fossen Way
Andover, MA  01810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Sharon M. Lee<br>MILBERG WEISS BERSHAD HYNES<br>  & LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Charles J. Piven<br>LAW OFFICES OF CHARLES<br>  J. PIVEN, P.A.<br>The World Trade Center --<br>  Baltimore<br>401 East Pratt Street<br>Suite 2525<br>Baltimore, MD 21202<br>410-986-0036 |

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE

O 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 04CV10763RCL

I hereby certify and return that today, April 29, 2004, at 4:01 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Stephen G. Carter, by leaving said copies with Patrice M. Carter (his wife) at 10 Fossen Way, Andover, MA 01810 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Stephen G. Carter, at 10 Fossen Way, Andover, MA 01810.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 29, 2004.

_____
Reid Hoover, Process Server
& Disinterested Person over Age 18.

**Court Support, Inc.**
181 Hillside Avenue
Williston Park, NY 11596
516-742-7455
Fax: 516-742-7484

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                              Signature of Server

                                                _____
                                                Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.