# United States District Court

DISTRICT OF __MASSACHUSETTS__

CHRISTOPHER PEPIN, Individually and On
Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VASO ACTIVE PHARMACEUTICALS, INC.,
STEPHEN G. CARTER and JOHN J. MASIZ

## 04cv10763 RCL

TO: (Name and address of defendant)

JOHN J. MASIZ
26 High Street
Topsfield, MA 01983

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD HYNES
& LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300

Charles J. Piven
LAW OFFICES OF CHARLES
J. PIVEN, P.A.
The World Trade Center --
Baltimore
401 East Pratt Street
Suite 2525
Baltimore, MD 21202
410-986-0036

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE   _11-15-04_

440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

DATE

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 04CV10763RCL

I hereby certify and return that today, April 27, 2004, at 3:22 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named John J. Macisz, by leaving said copies with Carol Macisz (his mother), at 26 High Street, Topsfield, MA 01983 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named John J. Macisz, at 26 High Street, Topsfield, MA 01983.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 27, 2004.

_____
**Reid Hoover,** Process Server
& Disinterested Person over Age 18.

Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
516-742-7455
Fax: 516-742-7484

AVEL

## STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                     Date

_____
Signature of Server

_____
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.