UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Master File No. 04-CV-10708-RCL |

## CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Jay Holtmeier, hereby certify that:

1. I was admitted to the bar of the state of New York in 1992. I have been admitted to practice in the United States District Courts for the Southern District of New York and the Eastern District of New York.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

Jay Holtmeier, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York  10022
(212) 230-8800

/s/ Jay Holtmeier

Dated:  December 3, 2004

US1DOCS 4832166v1