UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates To:<br>   ALL ACTIONS )<br>)<br>)<br>)<br>) | Master Docket No. 04-10708-RCL |

NOTICE OF APPEARANCE

Kindly enter the appearance of John A. Sten, Kay B. Lee and the law firm of Greenberg Traurig LLP, as counsel for defendant Stephen G. Carter, in the above-captioned matter.

                    Respectfully submitted,

                    STEPHEN G. CARTER

                    By his attorneys,

                    /s/ Kay B. Lee
                  _____
                John A. Sten (BBO#629577)
                Kay B. Lee (BBO#647224)
                GREENBERG TRAURIG LLP
                One International Place
                Boston, MA 02110
                (617) 310-6000

Dated: December 6, 2004

**CERTIFICATE OF SERVICE**

      I, Kay B. Lee, hereby state that on December 6, 2004, I caused to be served a copy of the foregoing **by first-class mail postage prepaid**, upon: all counsel of record.


                                      /s/ Kay B. Lee
                                      Kay B. Lee

bos-srv01\154098v01