UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

IN RE VASO ACTIVE PHARMACEUTICALS  )
SECURITIES LITIGATION              )    Master Docket No. 04-10708-RCL
                                   )
---
This Document Relates To:          )
    ALL ACTIONS                    )
                                   )
---

## STIPULATION AND ORDER EXTENDING KASHNER DAVIDSON SECURITIES CORP.'S TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the respective parties, that, without waiving any defenses, Defendant Kashner Davidson Securities Corp.'s time to answer or otherwise respond to the Amended Class Action Complaint has been extended from January 6, 2004 to on or before February 2, 2005.

Dated: December 21, 2004

Shapiro, Haber & Urmy, LLP,

By: _____
    Theodore M. Hess-Mahan, Esq. BBO #557109
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 439-3939
Attorneys for Plaintiffs

Sichenzia Ross Friedman Ference LLP

By: _____
    Marc J. Ross, Esq.
1065 Avenue of the Americas, 21st Floor
New York, New York 10018
(212) 930-9700
New York Counsel for Defendant
Kashner Davidson Securities Corp.

Admission *Pro Hac Vice* will be submitted

SO ORDERED.

_____
REGINALD C. LINDSAY
    U.S.D.J.

DATED: December __, 2004.