## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE VASO ACTIVE PHARMACEUTICALS
SECURITIES LITIGATION

Civil Action No. 04-10708-RCL

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), Michael T. Matraia hereby withdraws his appearance as one of the counsel of record for Plaintiff David B. Brody, as Co-Trustee of the Brody Family Revocable Trust in the above-captioned matter.

Dated: January 14, 2005

Respectfully submitted,

**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**

/s/ Michael T. Matraia
Jeffrey C. Block, BBO#600747
Michael T. Matraia, BBO#633049
N. Nancy Ghabai, BBO#645050
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

Vaso Active/p/Notice of Withdrawal_MTM