FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -1  P 12:55

U.S. DISTRICT COURT
DISTRICT OF MASS

Master Docket No. 04-10708-RCL

IN RE VASO ACTIVE PHARMACEUTICALS )
SECURITIES LITIGATION )
)
)
THIS DOCUMENT RELATES TO: )
ALL ACTIONS )
)

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that, effective January 31, 2005, Schiffrin & Barroway, LLP's office will be relocated as follows:

Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

The firm's telephone and facsimile numbers will remain the same.

Dated: January 2/, 2005        Respectfully submitted,

SCHIFFRIN & BARROWAY, LLP

Marc Willner
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Change of Address has been served, via first class mail, this date, upon the following:

Jeffrey B. Rudman
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

John A. Sten
Greenberg Traurig LLP
One International Place
Boston, MA 02110

Thomas G. Shapiro
Shapiro, Haber & Urmy
Exchange Place
53 State Street
Boston, MA 02109

Dated: January 25, 2005