UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Civil Action No. 04-10708-RCL |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), N. Nancy Ghabai hereby withdraws her appearance as one of the counsel of record for Plaintiff David B. Brody, as Co-Trustee of the Brody Family Revocable Trust in the above-captioned matter.

Dated: February 28, 2005

Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

/s/ N. Nancy Ghabai
Jeffrey C. Block, BBO#600747
N. Nancy Ghabai, BBO#645050
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

CERTIFICATE OF SERVICE
I hereby certify that on 2-28-05 a true copy of the above document was served by mail/by hand upon the attorney of record for each other party per the attached service list.

Vaso Active/p/Notice of Withdrawal_NGhabai

IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION
04-CV-10708-RCL

SERVICE LIST

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro
Theodore M. Hess-Mahan
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939

**CAULEY GELLER BOWMAN
 & RUDMAN, LLP**
Samuel H. Rudman
Russ Gunyan
Mario Alba, Jr.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: (631) 367-7100

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706

*Attorneys for Richard Shapiro, et al.*

**SHAPIRO HABER & URMY LLP**
Thomas G. Shapiro
Theodore M. Hess-Mahan
Matthew L. Tuccillo
75 State Street
Boston, MA 02109
Telephone: (617) 439-3939

**COHEN MILSTEIN HAUSFELD
 & TOLL, P.L.L.C.**
Steven J. Toll
Daniel S. Sommers
Christopher F. Branch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600

*Attorneys for Kim Benedetto and Joseph Benedetto, et al.*

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ, LLP**
Gregory M. Nespole
Christopher S. Hinton
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

*Attorneys for Dean Dummer, et al.*

**GILMAN AND PASTOR, LLP**
David Pastor
Peter Lagorio
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850

**MURRAY, FRANK & SAILER, LLP**
Eric J. Belfi
Gregory Linkh
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818

**GLANCY BINKOW
 & GOLDBERG, LLP**
Michael Goldberg
1801 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 201-9150

**LAW OFFICES OF BRUCE MURPHY**
Bruce Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (561) 231-4202

*Attorneys for Edward A. Tourea, et al.*

**MOULTON & GANS, P.C.**
Nancy Freeman Gans
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979

**LERACH COUGHLIN STOIA
 & ROBBINS LLP**
William S. Lerach
Darren J. Robbins
401 B. Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 231-1058

*Attorneys for Dennis E. Smith, et al.*

**MILBERG WEISS BERSHAD
 & SCHULMAN, LLP**
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300

**LAW OFFICES OF
 CHARLES J. PIVEN, P.A.**
Charles J. Piven
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

*Attorneys for Christopher Pepin, et al.*

**MOULTON & GANS, P.C.**
Nancy Freeman Gans
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979

**SCOTT & SCOTT, LLC**
David R. Scott
108 Norwich Avenue
Colchester, CT 06415
Telephone: (860) 537-3818

*Attorneys for Modhi Gude and
Arji Gauthami, et al.*

**LAW OFFICES OF ALAN L. KOVACS**
Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135
Telephone: (617) 964-1177

**FEDERMAN & SHERWOOD**
William B. Federman
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: (405) 235-1560

*Attorneys for Kourosh Alipor, et al.*

**SEGAL, ROITMAN & COLEMAN**
Mary T. Sullivan
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: (617) 742-0208

**ROBBINS UMEDA & FINK, LLP**
Brian J. Robbins
Jeffrey P. Fink
1010 Second Avenue, Suite 2360
San Diego, CA 92101
Telephone: (619) 525-3990

*Attorneys for Joseph Rosenkrantz, et al.*

**CHITWOOD & HARLEY LLP**
Martin D. Chitwood
Georgia Bar No. 124950
Lauren S. Antonino
Georgia Bar No. 652408
2300 Promenade II
1230 Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 873-3900

**ABBEY GARDY, LLP**
Mark C. Gardy, Esq.
Nancy Kaboolian
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700

*Attorneys for Paul Bostrom et al.*

**BRODSKY & SMITH, LLC**
Evan J. Smith
Two Bala Plaza
Bala Cynwyd, PA 19004
Telephone: (610) 667-6200

**MOULTON & GANS, PC**
Nancy F. Gans
33 Broad Street
Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

*Attorneys for Richard Pagona, et al.*