UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Vaso Active Pharmaceuticals Securities Litigation | ) )  Civil Action No. 04-10708-RCL ) ) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: June 1, 2005                                  Respectfully submitted,

> /s/ David Pastor
> David Pastor (BBO # 391000)
> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701
>
> Attorney for Plaintiffs

00004890.WPD ; 1