# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Todd S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
tshapiro@shulaw.com

June 8, 2005

**VIA ELECTRONIC FILING**

Lisa Hourihan, Courtroom Clerk to
  The Honorable Judge Reginald C. Lindsay
United States District Courthouse
1 Courthouse Way
Boston, MA  02210

     Re:   *In re Vaso Active Pharmaceuticals Sec. Litig.*
              Case No. 04 Civ. 10708

Dear Ms. Hourihan:

     We are writing to advise the Court that the parties have negotiated a resolution of the above-referenced litigation, subject to the approval of the Court pursuant to Rule 23. We have already executed a Memorandum of Understanding, which outlines the substantive terms of the settlement. We plan to negotiate a Stipulation of Settlement and to prepare the exhibits for that document for a filing with the Court as soon as possible.

     Please do not hesitate to contact me or counsel for the defendants if you have any questions.

                                  Sincerely yours,

                                  Thomas G. Shapiro
                                  Liaison Counsel for Plaintiffs

TGS/sg
cc:   Kay E. Sickles (via facsimile)
       Richard S. Kraut (via facsimile)
       Jeffrey Rudman (via facsimile)
       Michael Bongiorno (via facsimile)