**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | 1:04-cv-10708-RCL |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Kay E. Sickles, Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, PA 19087, to appear on behalf of Plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Sickles was admitted to the bar of the Commonwealth of Pennsylvania in 1994 and the State of New Jersey in 1995. She was also admitted to practice in the United States District Court for the Eastern District of Pennsylvania in 1998. and in the United States Court of Appeals for the Seventh Circuit in 2005.

2. There are no disciplinary proceedings pending against Ms. Sickles as a member of the bar in any jurisdiction.

3. Ms. Sickles has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Sickles has submitted herewith her Certificate of Good Standing as Required by Local Rule 83.5.3.

2

WHEREFORE, the undersigned counsel respectfully moves that Ms. Sickles be admitted to practice before this Court *pro hac vice*.

Dated:  August 25, 2005                Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion.  Defendants do not object to the relief sought in this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan