## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Kay E. Sickles, hereby certify that:

1. I was admitted to the bar of the State of Pennsylvania in 1994 and of New Jersey in 1995. I was also admitted to the Eastern District of Pennsylvania in 1998 and the Seventh Circuit Court of Appeals in 2005.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

>   Kay E. Sickles
>   Schiffrin & Barroway, LLP
>   280 King of Prussia Road
>   Radnor, PA 19087
>   Phone: 610-667-7706
>   Fax:  610-667-7056
>   email: ksickles@sbclasslaw.com

_____
Kay E. Sickles

Dated: August 24, 2005