UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) | Master File No. 04-CV-10708-RCL |

| | | |
|---|---|---|
| EDWARD TOVREA, | ) ) ) | Civil Action No. 04-CV-10851-RCL |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN H. MASIZ and JOSEPH J. FRATTAROLI, | ) ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| JAMES KARANFILIAN, Individually and On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Civil Action No. 04-CV-11101-RCL |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, | ) ) ) | |
| Defendants. | ) ) | |

## ASSENTED TO JOINT MOTION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES

Pursuant to Federal Rule of Civil Procedure 42(a), the parties hereto, by and through their

undersigned counsel, hereby move to (i) consolidate Tovrea v. Vaso Active Pharmaceuticals, et al.,

04-CV-10851-RCL, and Karanfilian v. Vaso Active Pharmaceuticals, et al., 04-CV-11101-RCL, for

all purposes with the Consolidated Class Action pending before this Court, entitled <u>In re Vaso Active Pharmaceuticals Securities Litigation</u>, Master Docket No. 04-10708-RCL, and (ii) close each of the <u>Tovrea</u> and <u>Karanfilian</u> actions on the Court's docket. These actions were included among many others that previously were ordered to be consolidated and closed, but it appears that they were not consolidated or closed due to a clerical error.

1)    On May 11, 2004, this Court issued an Order (the "Consolidation Order") consolidating all securities class action lawsuits filed against the defendants under the caption "In re Vaso Active Pharmaceuticals Securities Litigation." The Court's Consolidation Order stated: "All of the individual cases, except case No. 04-10708-RCL, will be closed and terminated on the court's docket. All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In re Vaso Active Pharmaceuticals Securities Litigation*." (<u>See</u> Exhibit 1.) Among the cases in the caption of the Consolidation Order was <u>Alipour v. Vaso Active Pharmaceuticals, et al.</u>, 04-CV-10877-RCL. (<u>Id.</u>)

2)    On June 7, 2004, plaintiffs in the Alipour Group of cases, which included the <u>Tovrea</u> and <u>Karanfilian</u> actions, moved for, among other things, the appointment of the Alipour Group as Lead Plaintiffs and their counsel, Federman & Sherwood, as Lead Counsel. (<u>See</u> Exhibit 2.) On August 16, 2004, Federman & Sherwood provided notice to the Court that the firm withdrew as counsel to the Alipour Group and withdrew its motion that the Alipour Group be appointed Lead Plaintiffs and that Federman & Sherwood be appointed Lead Counsel, stating that the plaintiffs and the class members would not be prejudiced because they would be adequately represented by the Lead Plaintiff and Lead Counsel ultimately chosen by the Court. (<u>See</u> Exhibit 3.)

3)    On November 4, 2004, the Court appointed Edwin Choi, Richard Cheng, and Joe H. Huback as the Lead Plaintiffs, Schiffrin & Barroway, LLP as Lead Counsel, and Shapiro, Haber & Umry as Local Counsel for the Class. (<u>See</u> Exhibit 4.) Approximately one month later, on

- 2 -

December 3, 2004, Lead Plaintiffs filed the Consolidated Amended Class Action Complaint (the "Complaint"). Since the time that the Court ordered that the securities actions relating to Vaso Active Pharmaceuticals be consolidated and closed, all such cases have been consolidated into Master Docket No. 04-CV-10708-RCL and then closed, except for the <u>Tovrea</u> action and the <u>Karanfilian</u> action. There has been no activity in either case since plaintiffs' counsel for the Alipour Group, Federman & Sherwood, withdrew, and the plaintiffs identified in each of those complaints are among the class being represented by Lead Plaintiffs and Lead Counsel.

4)    Beginning in April 2005, the Lead Plaintiffs and their counsel entered into negotiations for a possible resolution of any claims relating to the allegations in the Complaint. On June 8, 2005, a letter was submitted to the Court notifying it that the parties had negotiated a resolution of the claims in the <u>Vaso</u> class action litigation. (<u>See</u> Exhibit 5.) As referenced in the letter, the parties are in the process of negotiating a final Stipulation and Agreement of Settlement and related exhibits to file with the Court. (<u>See</u> <u>id</u>.)

5)    Counsel for both <u>Tovrea</u> and <u>Karanfilian</u> have no objection to the relief sought in this motion.

Therefore, in order to avoid any doubt as to whether there has been a complete settlement and release of the claims arising out of these litigations, the parties respectfully request, in accordance with the Consolidation Order, (i) that the Court consolidate both the <u>Tovrea</u> and <u>Karanfilian</u> actions (and any other related actions covered by the Consolidation Order but not yet

- 3 -

consolidated or closed) with In re Vaso Active Pharmaceuticals Securities Litigation, and (ii) that

such actions be closed and terminated on the Court's docket.

Dated: September 1, 2005

/s/ Kay E. Sickles
SCHIFFRIN & BARROWAY, LLP
DAVID KESSLER
KAY E. SICKLES (admitted *pro hac* vice)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Facsimile: (610) 667-7056

**Lead Counsel**

SHAPIRO, HABER & UMRY
Exchange Place
53 State Street
Boston, MA 02109
Phone: (617) 439-3939
Facsimile: (617) 439-0134

**Local Counsel**

/s/ Michael G. Bongiorno
WILMER CUTLER PICKERING
  HALE AND DORR LLP
JEFFREY B. RUDMAN (BBO #433380)
MICHAEL G. BONGIORNO (BBO #558748)
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000

**Attorneys for Defendant Vaso and the Individual
Defendants**

Richard S. Kraut (admitted *pro hac* vice)
Dilworth Paxson LLP
1818 N Street NW, Suite 400
Washington, DC 20036
(202) 452-0900

**Co-Counsel**

**IT IS SO ORDERED:**

_____
United States District Judge

Dated: _____

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Vaso and the Individual Defendants has conferred with counsel for both the <u>Tovrea</u> and <u>Karanfilian</u> plaintiffs who are unopposed to the relief sought in this motion.

/s/ Michael G. Bongiorno
Michael G. Bongiorno

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on this 1st day of September 2005 upon all counsel of record.

/s/ Michael G. Bongiorno
Michael G. Bongiorno

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS E. SMITH, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br><br>Defendants | C.A. No. 04-10708-RCL |
| CHRISTOPHER PEPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br><br>Defendants | C.A. No. 04-10763-RCL |
| KOUROSH ALIPOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br><br>Defendants | C.A. No. 04-10877-RCL |

| | |
|---|---|
| MODHI GUDE and ARJI GAUTHAMI, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC., STEPHEN G. CARTER and JOHN J. MASIZ, ET AL<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-10789-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR CONSOLIDATION

It is hereby ordered that the above-captioned cases be and they hereby are consolidated for all purposes.  The consolidated cases shall be captioned *"In Re Vaso Active Pharmaceuticals Securities Litigation"* and they will bear docket no. 04-10708-RCL.  All of the individual cases, except case no. 04-10708-RCL, will be closed and terminated on the court's docket.  All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In Re Vaso Active Pharmaceuticals Securities Litigation*.

SO ORDERED.


/s/ REGINALD C. LINDSAY
United States District Judge

DATED:  May 11, 2004

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) )  ) | No. 1:04-CV-10708-RCL |
| | | **CONSOLIDATED** |
| RICHARD PAGONA, | ) ) | No. 1:04-CV-11100-RCL |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, STEPHEN G. CARTER, | ) ) ) | |
| Defendants. | ) ) | |
| EDWARD A. TOVREA, | ) | No. 1:04-CV-10851-RCL |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, | ) ) ) | |
| Defendants. | ) ) | |
| KIM BENEDETTO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. 1:04-CV-10808-NG |
| JOSEPH BENEDETTO, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, JOSEPH FRATTAROLI, | ) ) ) | |
| Defendants. | ) ) | |

1

DEAN DUMMER, Individually and On Behalf  )
of All Others Similarly Situated,    )        No.  1:04-CV-10819-NG
                                     )
                                     )
          Plaintiff                  )
                                     )
v.                                   )
                                     )
VASO ACTIVE PHARMACEUTICALS, INC.,   )
JOHN J. MASIZ, JOSEPH FRATTAROLI,    )
STEPHEN G. CARTER,                   )
                                     )
          Defendants.                )
_____)
RICHARD SHAPIRO, Individually and On Behalf )
of All Others Similarly Situated,    )        No. 1:04-CV-10720-NG
                                     )
          Plaintiff,                 )
                                     )
v.                                   )
                                     )
VASO ACTIVE PHARMACEUTICALS, INC.,   )
JOHN J. MASIZ, JOSEPH FRATTAROLI,    )
                                     )
          Defendants.                )
_____)
JAMES KARANFILIAN, Individually and On  )
Behalf of All Others Similarly Situated,  )     No. 1:04-CV-11101-RCL
                                     )
          Plaintiff,                 )
                                     )
v.                                   )
                                     )
VASO ACTIVE PHARMACEUTICALS, INC.,   )
STEPHEN G. CARTER, JOHN J. MASIZ,    )
                                     )
          Defendants.                )

## THE ALIPOUR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Movants Kourosh Alipour, Timmy Smith and Douglas Weymouth (collectively the "Alipour Group") move the Court pursuant to Fed. R. Civ. P. 42(a) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as

2

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order: (a) consolidating the above-styled securities class actions and any subsequently filed related actions; (b) appointing the Alipour Group as Lead Plaintiff in the consolidated action and in any consolidated related action; and (c) approving the Alipour Group's selection of Federman & Sherwood as Lead Counsel and Alan L. Kovacs as Liaison Counsel.

In support of its motion, the Alipour Group submits: (1) a Memorandum of Law in Support of the Motion of the Alipour Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and (2) the Declaration of William B. Federman in Support of the Motion of the Alipour Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

Dated:  June 7, 2004

                                        Respectfully submitted,


                                        _____s/Alan L. Kovacs_____
                                        Alan L. Kovacs
                                        THE LAW OFFICES OF ALAN L. KOVACS
                                        257 Dedham
                                        St. Newton, MA  02461
                                        Telephone:  (617) 964-1177
                                        Fax:  (617) 332-1223
                                        alankovacs@yahoo.com



William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK  73102
Telephone:  (405) 235-1560
Fax:  (405) 239-2112
wfederman@aol.com


3

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2004, a true and correct copy of the above and foregoing instrument was mailed by First Class Mail, with sufficient postage prepaid thereon, to:

Bruce G. Murphy
LAW OFFICES OF BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963

Theodore M. Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02108

Darren J. Robbins
LERACH COUGHLIN STOIA &
  ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA 92101

Nancy F. Gans
MOULTON & GANS, PC
33 Broad Street, Suite 1100
Boston, MA 02109

William S. Lerach
LERACH COUGHLIN STOIA &
  ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA 92101

Cori Sweat
LERACH COUGHLIN STOIA &
  ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA 92101

David Randell Scott
SCOTT & SCOTT LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

4

Andrei V. Rado
MILBERG, WEISS, BERSHAD & SCHULMAN
One Pennsylvania Plaza
New York, NY 10119

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
Suite 2525
401 E. Pratt Street
Baltimore, MD 21202

Peter E. Seidman
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Sharon M. Lee
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Steven G. Schulman
MILBERG WEISS BERSHAD & SCHULMAN
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Jeffery C. Zerling
ZERLING, SCHACHTER & ZWERLING LLP
845 Third Ave.
New York, NY 10022

Jeffrey C. Block
BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

Michael T. Matraia
BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA 02109

5

Nazanin N. Ghabai
BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO
One Liberty Square, 8th Floor
Boston, MA  02109

Richard A. Speirs
ZERLING, SCHACHTER & ZWERLING LLP
845 Third Ave.
New York, NY  10022

Shaye J. Fuchs
ZERLING, SCHACHTER & ZWERLING LLP
845 Third Ave.
New York, NY  10022

Lauren Antonino
CHITWOOD & HARLEY
2900 Promenade II
1230 Peachtree Street NE
Atlanta, GA  30309

Mark C. Gardy
ABBEY & ELLIS
212 E. 39th Street
New York, NY  10016

Martin D. Chitwood
CHITWOOD & HARLEY
2900 Promenade II
1230 Peachtree Street NE
Atlanta, GA  30309

Matthew L. Tuccillo
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02108

Nancy Kaboolian
ABBEY GARDY & SQUITIERI
212 E. 39th Street
New York, NY  10016

6

Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02108

Evan J. Smith
BRODSKY & SMITH LLC
Two Bala Plaza
Bala Cynwyd, PA  19004

David Pastor
GILMAN and PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Erin J. Belfi
RABON, MURRAY & FRANK LLP
275 Madison Ave.
New York City, NY  10016

Gregory Linkh
MURRAY, FRANK & SAILER LLP
275 Madison Ave., Suite 801
New York, NY  10016

Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars #308
Los Angeles, CA  90067

Peter A. Lagorio
GILMAN and PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906


                                        _____s/Alan L. Kovacs_____
                                        Alan L. Kovacs


7

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

IN RE VASO ACTIVE PHARMACEUTICALS   )        No. 1:04-CV-10708-RCL
SECURITIES LITIGATION                             )
_____)        **CONSOLIDATED**

**NOTICE OF WITHDRAWAL OF FEDERMAN & SHERWOOD AND**
**WILLIAM B. FEDERMAN AS COUNSEL OF RECORD AND WITHDRAWAL OF**
**MOTION OF THE ALIPOUR GROUP FOR CONSOLIDATION, APPOINTMENT AS**
**LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE, the law firm of FEDERMAN & SHERWOOD and
William B. Federman, hereby withdraw as counsel of record in this action. Plaintiff and
respective Class Members will not be prejudiced by this withdrawal in that FEDERMAN
& SHERWOOD, and William B. Federman, are not counsel for Lead Plaintiffs and are
not in the management structure of Lead Plaintiff's counsel. There are qualified law
firms currently seeking to be appointed as Lead Plaintiff's counsel, and Plaintiff will
continue to be adequately represented by the Lead Plaintiff and the Lead Plaintiff's
counsel ultimately chosen by the Court.

Furthermore, Plaintiffs Movants Kourosh Alipour, Timmy Smith and Douglas
Weymouth (collectively the "Alipour Group") withdraw their Motion for Consolidation,
Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel previously
filed in this matter.

1

Dated: August 16, 2004                    Respectfully submitted,

                                           s/ William B. Federman
                                          WILLIAM B. FEDERMAN
                                          FEDERMAN & SHERWOOD
                                          120 N. Robinson, Suite 2720
                                          Oklahoma City, OK  73102
                                          405/235-1560; FAX: 405/239-2112

I:\Vaso Active\Notice_Withdrawl.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2004, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeffrey C Block       jblock@bermanesq.com
John E. DeWick       jdewick@melicklaw.com
Nancy F. Gans       nfgans@aol.com
N. Nancy Ghabai nghabai@bermanesq.com, smelloul@bermanesq.com;
sfuchs@zsz.com; sbrodsky@zsz.com; sbrodsky@zsz.com
Sean M. Handler       shandler@sbclasslaw.com, nwortman@sbclasslaw.com;
dcheck@sbclasslaw.com
Maura T. Healey       maura.healey@wilmerhale.com
Colleen Dunham Henschke       colleen.henschke@wilmerhale.com
Theodore M. Hess-Mahan ted@shulaw.com
Alan L. Kovacs       alankovacs@yahoo.com
Michael T. Matraia   mmatraia@bermanesq.com
David  Pastor         dpastor@gilmanpastor.com
Karen Hanson Riebel       riebekh@locklaw.com
Thomas G. Shapiro tshapiro@shulaw.com
Richard A. Speirs    rspeirs@zsz.com
Matthew L. Tuccillo mtuccillo@shulaw.com

Regular Mail:

William S. Lerach                    Stuart L. Berman
Darren J. Robbins                    Darren  Check
Ramzi  Abadou                        Schiffrin & Barroway LLP
Cori  Sweat                          Three Bala Plaza East
Lerach Coughlin Stoia & Robbins LLP  Suite 400
401 B Street, Suite 1700             Bala Cynwyd, PA 19004
San Diego, CA 92101

Martin D. Chitwood                   Jeffery C. Zwerling
Lauren  Antonino                     Stephen L Brodsky
Chitwood & Harley                    Richard A Spiers
2900 Promenade II                    Shaye J. Fuchs
1230 Peachtree Suite NE              Zwerling, Schachter & Zwerling, LLC
Atlanta, GA 30309                    845 Third Avenue
                                     New York, NY 10022

3

Mark C. Gardy
Abbey & Ellis
212 East 39th Street
New York, NY 10016

Fred Taylor Isquith
Christopher S. Hinton
Wolf, Haldentein, Adler, Freeman &
Herz LLP
270 Madison Avenue
New York, NY 10016

Nancy  Kaboolian
Abbey Gardy & Squitieri
212 East 39th Street
New York, NY 10016

Richard A. Lockridge
Karen H Reibel
Lockridge, Grindal, Nauen & Holstein
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Azra Z Medhi
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Charles J. Piven
Law Offices of Charles J. Piven, P.A
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

Steven G. Schulman
Sharon M. Lee
Peter E. Seidman
Andrei V. Rado
Milberg Weiss Bershad & Schulman
One Pennsylvania Plaza
49th Floor
New York, NY 10119

David Randell Scott
Scott & Scott LLC
108 Norwich Ave
P.O. Box 192
Colchester, CT 06415

Evan J. Smith
Brodsky & Smith LLC
Two Bala Plaza
Bala Cynwyd,, PA 19004

s/ William B. Federman
William B. Federman

4

l:\Vaso Active\Notice_Withdrawl.doc

# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | ) ) ) ) | |
| | ) | Master Docket No. 04-10708-RCL |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

ORDER ON APPOINTMENT OF
LEAD PLAINTIFF AND LEAD COUNSEL

The plaintiffs, Edwin Choi, Richard Ching, and Joe H. Huback have moved (Dkt. #27)

for the appointment of themselves as co-lead plaintiffs and for the appointment of the Law

Offices of Schiffrin & Barroway, LLP (the "Schiffrin Office") as lead counsel for the cases

consolidated in the above-entitled matter (the "Consolidated Action"). The motions also seek

approval of the Boston law firm of Shapiro, Haber & Urmy, LLP (the "Shapiro Firm") as liaison

and local counsel. Having considered these motions and similar motions of other plaintiffs, I

order the following.

1.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B), I appoint Edwin Choi, Richard Cheng,

and Joe H. Huback as interim co-lead plaintiffs, pending a determination of whether the

Consolidated Action may proceed as a class action.

2.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) and Fed. R. Civ. P. 23(g)(2)(A), I

appoint the Schiffrin Office as lead counsel, pending a determination of whether the

Consolidated Action may proceed as a class action. I also approve the selection of the Boston

law firm of the Shapiro Firm as local counsel for the lead plaintiffs.

3.      Lead counsel shall be responsible for the following matters, on behalf of the

plaintiffs: (a) the coordination of the preparation, filing and service of all pleadings; (b) the

coordination of the briefing and arguing of any motions; (c) the coordination of discovery,

including the examination of witnesses in depositions; (d) the selection of counsel to act as

spokespersons at all pretrial conferences and hearings before the court; (e) the coordination of all

settlement negotiations with counsel for the defendants; (f) the coordination of the preparation

for trial and the trial of this matter; and (g) the supervision of all other matters concerning the

prosecution or resolution of the Consolidated Action. Lead counsel may delegate to other

plaintiffs' counsel such parts of the foregoing responsibilities as lead counsel may deem

appropriate.

No paper may be filed with the court or served on any defendant by a plaintiff without

approval of lead counsel. No settlement negotiations shall be conducted by any plaintiff without

the approval of lead counsel.

4.    All counsel for plaintiffs in the Consolidated Action must submit to lead counsel

detailed time reports reflecting hours of work expended by each attorney, his/her billing rate and

the subject matter of the work. Time reports must be submitted on a quarterly basis, with the

first report due not later than one month following entry of this order. Such reports must be

made for each subsequent quarter thereafter on a schedule to be determined by lead counsel. The

failure of counsel for any plaintiff to submit such reports in timely manner may result in the

disallowance of such unreported time from reimbursement from any common fund which may be

created in the Consolidated Action.

5.    All papers filed with the court must be filed electronically in accordance with the

Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the

2

District of Massachusetts ("Local Rules") and the rules and procedures outlined in the Electronic Case Filing and Administrative Procedures pamphlet and the Electronic Case Filing ("ECF") User's Manual. In the case of the filing of any electronic document constituting, supporting or opposing a dispositive motion or a discovery motion, the filing party must also deliver to the office of the clerk of this court, by mail or otherwise, a paper, courtesy copy, of such document.[*] The courtesy copy of each such document must be stamped or otherwise prominently marked as follows: "Courtesy Copy - **Do Not Scan**," and must be delivered to the office of the clerk within three business days following the electronic filing.

　　　6.　　All counsel in the Consolidated Action, who have not previously done so, forthwith must register with the court to receive and file documents in electronic form in accordance with the court's ECF system. Counsel who are not members of the bar of the District of Massachusetts, but who have been permitted to participate in this case pro hac vice need not register as described in the preceding sentence, so long as each such counsel has local counsel who has appeared in this case and is registered with the court's ECF system (local counsel for the local plaintiffs will serve, of course, as local counsel for all plaintiffs).

　　　Service of papers on all plaintiffs may be made by serving local counsel for the plaintiff (and thus lead counsel) electronically, in accordance with the Federal Rules of Civil Procedure, the Local Rules and the court's ECF system as outlined in the Electronic Case Filing and Administrative Procedures pamphlet and the Electronic Case Filing User's Manual.

---

　　　[*] For purposes of this order the term "dispositive motion" includes a motion to dismiss, a motion for summary judgment, a motion for preliminary relief (including a motion for attachment for real or personal property) and a motion for the entry of judgment. The term "discovery motion" includes any motion in which the moving party seeks an order requiring that a person or entity provide information in any form to the moving party.

7.    Co-lead plaintiffs must file a consolidated amended complaint in this Consolidated Action not later than thirty days from the date of this order. A response by the defendants to such complaint must be filed not later than thirty days from the filing of the consolidated, amended complaint.

8.    The motions of Michael Berteletti (Dkt. #14); the Chea Group (Dkt. #16); the Vaso Active Plaintiff Group (Dkt. ##17 and 22); David Brody (Dkt. #36); and the Yungman Group (Dkt. #40) for appointment of lead plaintiffs and lead counsel are hereby DENIED.

8.    This order supersedes any order that is in conflict with it and entered in the Consolidated Action or in any of the individual cases constituting the Consolidated Action.

SO ORDERED.

/s/ REGINALD C. LINDSAY
United States District Judge

DATED:  November 4, 2004

4

# EXHIBIT 5

# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Todd S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
tshapiro@shulaw.com

June 8, 2005

**VIA ELECTRONIC FILING**

Lisa Hourihan, Courtroom Clerk to
   The Honorable Judge Reginald C. Lindsay
United States District Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    *In re Vaso Active Pharmaceuticals Sec. Litig.*
       *Case No. 04 Civ. 10708*

Dear Ms. Hourihan:

We are writing to advise the Court that the parties have negotiated a resolution of the above-referenced litigation, subject to the approval of the Court pursuant to Rule 23. We have already executed a Memorandum of Understanding, which outlines the substantive terms of the settlement. We plan to negotiate a Stipulation of Settlement and to prepare the exhibits for that document for a filing with the Court as soon as possible.

Please do not hesitate to contact me or counsel for the defendants if you have any questions.

Sincerely yours,

Thomas G. Shapiro
Liaison Counsel for Plaintiffs

TGS/sg
cc:    Kay E. Sickles (via facsimile)
       Richard S. Kraut (via facsimile)
       Jeffrey Rudman (via facsimile)
       Michael Bongiorno (via facsimile)