# SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND DERIVATIVE ACTION AND SETTLEMENT HEARINGS

TO: (i) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED VASO CLASS A COMMON STOCK ON THE OPEN MARKET DURING THE PERIOD DECEMBER 9, 2003 THROUGH MARCH 31, 2004 (THE "CLASS PERIOD"); AND (ii) ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED SHARES OF VASO CLASS A COMMON STOCK IN CONNECTION WITH THE COMPANY'S INITIAL PUBLIC OFFERING ON OR ABOUT DECEMBER 9, 2003 (THE "IPO").

**AND**

(ii) ALL CURRENT SHAREHOLDERS OF VASO CLASS A COMMON STOCK

YOU ARE HEREBY NOTIFIED that pursuant to Court order, two hearings will be held: At the hearing for the Securities Settlement on _____, 2005, at ____ _.m., before United States District Judge Reginald C. Lindsey, at the United States Courthouse, 1 Courthouse Way, Room 2300, Boston, Massachusetts, the Court will determine: (1) whether the settlement of claims in the Securities Action in the amount of one million one hundred twenty-five thousand dollars ($1,125,000) in cash, plus seven hundred fifty thousand dollars ($750,000) face amount of two year 5% subordinated callable notes convertible at $1.75 per share (with full dilution protection), plus accrued interest (collectively, the "Settlement Fund"), should be approved as fair, reasonable and adequate to all the Settling Parties; (2) whether the proposed Plan of Allocation is fair, reasonable, and adequate; (3) whether the Securities Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated September 21, 2005 and filed with the Court; and (4) whether the application of Lead Counsel in the Securities Action for an award of attorneys' fees and expenses should be approved.

At the hearing for the Derivative Settlement on _____, 2005, at ____ _.m., before United States District Judge Reginald C. Lindsey, at the United States Courthouse, 1 Courthouse Way, Room 2300, Boston, Massachusetts, the Court will determine: (1) whether the corporate

Exhibit A-3

governance remedies as proposed in the settlement of the Derivative Action are fair, reasonable and adequate; (2) whether a Final Judgment approving the proposed settlement in the Derivative Action should be entered; and (3) whether the application of Derivative Counsel in the Derivative Action for an award of attorneys' fees and expenses should be approved.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.  If you are a Class Member, or a current shareholder, and have not yet received: (i) the full printed Joint Notice of Proposed Settlement of Class Action and Derivative Action, Application for Attorneys' Fees and Settlement Fairness Hearings, and (ii) a Proof of Claim and Release form, you may obtain copies of these documents by identifying yourself as a Class Member and/or a current shareholder and by contacting:

> In re Vaso Securities Litigation Exclusions
> c/o A.B. Data, Ltd.
> Claims Administrator
> P. O. Box 170200
> Milwaukee, WI 53217-8016
> www.abdatalawserve.com

Inquiries, other than requests for Notice forms or Proof of Claim and Release forms, may be made to:

**Lead Counsel in the Securities Action**:

> David Kessler
> Kay E. Sickles
> Schiffrin & Barroway, LLP
> 280 King of Prussia Road
> Radnor, PA  19087
>
> **Lead Counsel**

OR

Exhibit A-3

**Plaintiffs' Counsel in the Derivative Action**:

> Douglas S. Johnston, Jr.
> Timothy L. Miles
> Barrett, Johnston & Parsley
> 217 Second Avenue, North.
> Nashville, TN 37201

To participate in the Settlement in the Securities Action, you must submit a Proof of Claim and Release form no later than _____, 2005. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Final Order and Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than _____, 2005. If you are a Class Member and do not submit a proper Proof of Claim and Release form, you will not share in the Settlement in the Securities Action, but you nevertheless will be bound by the Final Order and Judgment of the Court.

Any inquiries about the Securities Action can be made in writing to Lead Counsel, at the addresses indicated above.

DO NOT TELEPHONE EITHER THE COURT, THE CLERKS' OFFICES OR ANY REPRESENTATIVE OF VASO REGARDING THIS NOTICE.

> BY ORDER OF THE UNITED STATES DISTRICT
> COURT, DISTRICT OF MASSACHUSETTS

Exhibit A-3