UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION )<br>)<br>)<br>) | Master Docket No.04-0708 (RCL) |
| This Document Relates To:<br>  ALL ACTIONS )<br>)<br>)<br>) | |

**PLAINTIFFS' MOTION FOR ORDER OF FINAL APPROVAL OF THE PROPOSED CLASS SETTLEMENT AND PLAN OF ALLOCATION AND FOR ENTRY OF FINAL JUDGMENT AND ORDER OF DISMISSAL**

The Lead Plaintiffs hereby move this Court to enter an order, pursuant to Fed. R. Civ. P. 23(e), finally approving the Class Action Settlement and Plan of Allocation in the above-captioned matter. A proposed Final Judgment and Order is attached hereto as Exhibit 1.

As set forth in Plaintiffs' Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of the Settlement and Plan of Allocation ("Memorandum"), this Settlement provides a significant recovery for all Class members that is fair, reasonable and adequate. In addition, the Plan of Allocation provides for the orderly, fair and efficient distribution of the settlement proceeds among the Class. For the reasons set forth in Lead Plaintiffs' Memorandum, the Settlement and Plan of Allocation should be approved and this Court should enter the Final Judgment and Order of Dismissal.

By their attorneys,

/s/Theodore M. Hess-Mahan
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, Massachusetts 02109
(617) 439-3939