IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Master Docket No. 04-10708(RCL) |
| | This Document Relates To: ALL ACTIONS |

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed Affidavit in support of this motion and the Certificates of Good Standing annexed thereto, we will move this court before the Honorable Reginald C. Lindsay at the United States Courthouse for the District of Massachusetts, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of New Massachusetts, for an order allowing the admission of Jennifer Enck (hereafter "the Attorney") associated with the law firm of Schiffrin Barroway Topaz & Kessler, LLP, as attorney to the bar of this Court *pro hac vice* to argue or try this case in whole or in part as counsel. The Attorney is a member in good standing of the Bar of the Supreme Court of Pennsylvania. There are no pending disciplinary proceedings against the Attorney in any state or federal court.

Dated: May 7, 2007

Respectfully submitted,

SHAPIRO HABER & URMY, LLP

By: _____
Thomas G. Shapiro, Esq. BBO#454680
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939