## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | : : : : : : | Master Docket No. 04-10708(RCL) **This Document Relates To:** ALL ACTIONS |

### AFFIDAVIT OF JENNIFER ENCK
### IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA )
                                        ) ss.

COUNTY OF DELAWARE )

     Jennifer Enck, being duly sworn, deposes and says as follows:

1.     I am an associate with the law firm of Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087.

2.     I make this Affidavit in support of the motion for my admission *pro hac vice* to appear as counsel for lead plaintiff in this action.

3.     I am a member in good standing of the Bar of the Supreme Court of Pennsylvania.

4.     There are no pending disciplinary proceedings against me in any state or federal court.

5.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.     Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

     I hereby swear under penalty of perjury that the foregoing is true and correct.

Sworn to an subscribed before me
This 4th day of May, 2007.

_Jennifer Enck_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Christiane Chiappinelli, Notary Public
Radnor Twp., Delaware County
My Commission Expires July 28, 2010