IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Master Docket No. 04-10708(RCL) <br><br> This Document Relates To: <br> ALL ACTIONS |

## [PROPOSED] ORDER GRANTING MOTION TO ADMIT JENNIFER ENCK *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Jennifer Enck, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance in the above-captioned case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel of record in this case.

Dated: _____

_____
The Honorable Reginald C. Lindsay