**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE VASO ACTIVE PHARMACEUTICALS SECURITIES LITIGATION | Master Docket No. 04-10708-RCL |
| This Document Relates To:<br>    ALL ACTIONS | |

## CERTIFICATE OF SERVICE

      I hereby certify that the following documents, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as nonregistered participants on May 7, 2007:

1. Notice of Motion and Motion to Admit Counsel *Pro Hac Vice*;
2. Affidavit of Jennifer Enck in Support of Motion to Admit Counsel *Pro Hac Vice*; and,
3. [Proposed] Order Granting Motion to Admit Jennifer Enck *Pro Hac Vice*.

                                    **/s/ Thomas G. Shapiro**
                                    Thomas G. Shapiro